Michael Mitchum #166925
Name and Prisoner/Booking Number

Butte County Jail
Place of Confinement

7 Gillick Way
Mailing Address

Oroville, Calif. 95965
City, State, Zip Code

**FILED**

DEC 29 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Ernest Mitchum Jr. ,  )
(Full Name of Plaintiff)        Plaintiff,  )
                                            )
                        v.                  )  **CASE NO.** 2:22-CV-02313-CKD-PC
                                            )      (To be supplied by the Clerk)
(1) Butte Co. Sheriff Kory Honea ,  )
(Full Name of Defendant)                    )
(2)  and  others ,  )
                                            )
                                            )  **CIVIL RIGHTS COMPLAINT**
(3) _____ ,  )      **BY A PRISONER**
                                            )  "JURY TRIAL DEMANDED"
(4) _____ ,  )      ☒Original Complaint
              Defendant(s).                 )  ☐First Amended Complaint
☒Check if there are additional Defendants and attach page 1-A listing them. )  ☐Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
     ☐ Other: _____.

2.   Institution/city where violation occurred: Butte Co. Jail-Oroville, Calif. .

Revised 3/15/2016                          1

Cont. From
pg#1

## Defendants

1. (2) Hal Brooks' (As the sheriff of Butte co. as of the stamp date
2. of Butte Co. Superior Court Case #: 84424. July 29, 2005.)
3. (3) 'Al Saracini',
4. (4) 'Jane Dolan',
5. (5) 'Hilda Wheeler',
6. (6) 'Bertha Moseley',
7. (7) 'Len Fulton' (All as the Board of Supervisors of
8. Butte County, as of the stamp date of Butte Co.
9. Superior Court Case, and 2nd amended Decree,
10. July 29th, 2005.)
11. (8) 'D. Hovey', Butte Co. Sheriff captain and Jail
12. commander,
13. (9) 'Brian Meyers', Butte co. Sheriff Jail lieutenant,
14. (10) 'L. Niles', Butte Co. Jail Seargant,
15. (11) 'Hancock', Butte co. Jail Seargant,
16. (12) 'Adamson', Butte co. Jail correctional deputy,
17. (13) 'K. Dunn', Butte co. Jail correctional deputy,
18. (14) 'John Doe' #1, Butte Co. Jail classification seargant,
19. (15) 'John Doe' #2, Butte Co. Jail classification Seargant,
20. (16) 'John Doe' #3, Butte Co. Jail classification seargant,
21. (17) 'John Doe' #4, Butte Co. Jail classification seargant,
22. (18) 'John Doe' #5, Butte Co. Jail classification seargant,
23. (19) 'John Doe' #6, Butte co. Jail correctional deputy,
24. (20) 'John Doe' #7 'Wellpath' and Butte Co. Jail medical
25. 'RN',
26. (21) 'Jane Doe' #1, 'Wellpath' and Butte Co. Jail medical LVN,
27. (22) The County of Butte.
28.

pg# 1-A

*I. Plaintiffs — Cont. pg.# 2(B)*

## B. DEFENDANTS — *Cont. pg#*

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2. If yes, how many lawsuits have you filed? *3* . Describe the previous lawsuits: *Police misconduct, and Jail conditions.*

   a. First prior lawsuit:
      1. Parties: *Michael Ernest Mitchum* v. *Butte Co. Sheriff Kory Honea et. al.*
      2. Court and case number: *Eastern Dist. of Calif. (Federal), Can't recall case no.*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Dismissed without prejudice*

   b. Second prior lawsuit:
      1. Parties: *Michael Ernest Mitchum Jr.* v. *Woodland police investigators... (Can't recall.)*
      2. Court and case number: *East. District of Calif. (Federal)*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Dismissed without prejudice.*

   c. Third prior lawsuit:
      1. Parties: *Michael Ernest Mitchum Jr.* v. *Woodland police detectives(?) Can't recall.*
      2. Court and case number: *Eastern Dist. of Calif. (Federal) Won't recall case no.*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Can't recall ex- actly. I think dismissed for failure to state claim... I'm not sure.*

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

1. 1. Plaintiff Michael Ernest Mitchum Jr. is
2. and was at all times mentioned herein
3. a pre-trial detainee in the custody of
4. Butte County Sheriff's correctional Jail
5. facility at : 7 Gillick way, Oroville, Ca.
6. 95965.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

1. Name of the first defendant: Kory L. Honea. The first defendant is employed as: the Sheriff of Butte County. The Butte County Jail correction facilities operate under the authority of the Butte County Sheriff. As the Butte County Sheriff, he is under the Butte County Superior Court case no. #84429 Consent Decree provisions. Thereby court mandated to facilitate Butte County Jail correct-ion facilities adherant to the court-order stipu-lations of said Consent Decree, and to ensure Butte County Jail correction facilities administration, and Jail correctional deputies are properly trained so they too all adhere to the provisions of Butte County Court Case no. #84429 court ordered stipulations. (Location of Butte Co. Jail correction facility: 5 Gillick way, Oroville, Calif.)

2. Name of second defendant: Hal Brooks is the previous Butte County Sheriff, and one of the named defendants of Butte County Superior Court case no. #84429 therein court ordered and mandat-ed to facilitate the proper training of his succ-essor (Kory L. Honea – defendant #1.) to ensure the following Butte County Sheriff, and his adminis-tration adheres to the provisions, and stipulations of Butte County Superior Court case no. #84429 Consent Decree. (location: 5 Gillick way, Oroville Calif. 95965.)

3. Name of third defendant : Al Saracini. The third defendant is employed as : a member of Butte County Board of Supervisors, and is a named defendant in Butte County Superior Court case no. #84429 (At : 25 County Center drive, Suite #205, Oroville, Ca.) Thereby Court mandated to facilitate the proper trainning of those who succeed him to ensure they too adhere to Butte Co. Superior Court case no. # 84429 Concent Decree provisions and stipulations Order.

4. Name of fourth defendant : Jane Dolan. The fourth defendant is employed as : a member of Butte Co. Board of Supervisors, and is a named defend- ant in Butte Co. Superior Court Case no. #84429. (At : 25 County Center dr., suite #205, Oroville, Calif. 95965 )

Thereby court mandated to facilitate the proper trainning of those who succeed her to ensure they too adhere to Butte Co. Superior Court Case no. #84429 Concent Decree provisions and stipulations order.

5. Name of fifth defendant : Hilda Wheeler. The fifth defendant is (I believe) employed as : a member of Butte Co. board of Supervisors, and is a named defendant of Butte Co. Superior Court Case no. #84429. (At : 25 county center dr., Suite #205, Oroville, Calif. 95965)

pg# 2 (B) II · 3

1.     Thereby Court mandated to facilitate the
2. proper trainning of those who Succeed her to
3. ensure they too adhere to Butte Co. Superior
4. Court Case no. #84429 Concent Decree
5. provisions and stipulations order.
6.
7. 6. Name of Sixth defendant: Bertha Moseley.
8. The Sixth defendant is (I believe) employed
9. as: a member of the Butte Co. Board of
10. Supervisors, and a named defendant in Butte
11. Co. Superior Court Case no. #84429. (At: 25 County
12. center dr., Suite #205, Oroville, Calif. 95965.)
13.     Thereby court mandated to facilitate the pro-
14. per trainning of those who Succeed her to
15. ensure they too adhere to Butte Co. Superior
16. Court Case no. #84429 Concent Decree provisions
17. and stipulations order.
18.
19. 7. Name of Seventh defendant: Len Fulton.
20. The Seventh defendant is (I believe) emplo-
21. yed as: a member of Butte Co. Board of
22. Supervisors, and is a named defendant
23. in Butte County Superior Court Case no. #84429.
24. (At: 25 County Center dr., Suite 205, Oroville, Calif. 95965.)
25.     Thereby court mandated to facilitate the
26. proper trainning of those who succeed him to
27. ensure they too adhere to Butte Co. Superior
28. Court Case no. #84429 Consent Decree provisions..

*Cont. from - Defendants -*
*- pg#*

1.    - and stipulations order.

2.

3.    8. Name of eighth defendant: D. Hovey. The

4.    eighth defendant is employed as: Butte co.

5.    Sheriff deputy and, Butte county Jail corr-

6.    -ections facility Commander. Butte Co.

7.    Jail Corrections facility Commander is responsible

8.    for the daily operating functions of the

9.    Jail facility, and the safety \ wellbeing of

10.    his deputies, and Jail inmates. As such,

11.    the Butte Co. Jail Commander falls under

12.    the binding authority of Butte County Superior Court Case no.

13.    #84429 Consent Decree provisions, and court

14.    mandated stipulations. Including but not

15.    limited to; Responsible for the adequate and

16.    proper training of the jail Correctional

17.    deputies to ensure Jail deputy is in compliance

18.    with Butte Co. Superior Court Case no. #84429

19.    Consent Decree provisions, and court order

20.    stipulations. (Jail-address: 5 Gillick way, Oroville,

21.    Calif. 95965.)

22.    9. Name of ninth defendant: Brian Meyers.

23.    The ninth defendant is employed as: Butte Co.

24.    sheriff deputy, and Butte Co. Jail corrections

25.    facility Leiutenant (At: 5 Gillick way,

26.    Oroville, Calif. 95965.) As a butte Co. Sheriff

27.    Jail correction facility Leiutenant he is under

28.    the binding authority of Butte County

Cont. from
pg #

Defendants

1.  — Superior Court Case # : 84429 Consent Decree provisions
2. and is responsible in ensuring that all Jail classif-
3. -ication Seargants, and Jail correctional deputies
4. are complying with Decree.
5. 10. Name of tenth defendant : L. Niles. The tenth def-
6. — endant is employed as : Butte County Jail (correct-
7. -ional) Seargant (At : 5 Gillick Way, Oroville, Calif.
8. 95965). As a Butte Co. Jail Seargant he is under
9. the binding authority of Butte Co. Superior Court case no.
10. 84429 Consent Decree provisions, and is responsible
11. in ensuring that he, and Jail correctional deputies
12. are in compliance with Consent Decree.
13. 11. Name of eleventh defendant : Hancock. The elev-
14. -enth defendant is employed as : Butte Co. Jail
15. Seargant at : 5 Gillick way, Oroville, Calif. 95965.
16.    As a Butte co. Jail Seargant he is under
17. the binding authority of Butte Co. Superior Court case
18. no. 84429 Consent Decree court ordered stipulat-
19. -ions, and provisions. He is responsible in ensuring
20. that he, and Jail correctional deputies are in
21. compliance with Consent Decree.
22. 12. Name of twelveth defendant : Adamson. The
23. twelveth defendant is employed as : Butte co.
24. Jail correctional deputy at : 5 Gillick way,
25. Oroville, Ca. 95965. As a Butte Co. Jail correct-
26. -ional deputy, he is under the binding authority
27. of Butte Co. Superior Court case no. 84429, Consent
28. Decree, and is responsible for ensuring he is

continued from
Page #
Defendants

1. — in full compliance with the court ordered mand-
2. -ates set forth within the Decree.
3. 13. Name of thirteenth defendant : K. Dunn. The
4. thirteenth defendant is employed as : Butte Co.
5. Jail correctional deputy at : 5 Gillick way,
6. Oroville, Calif. 95965. As a Butte Co. Jail corr-
7. -ectional deputy, she is under the binding
8. authority of Butte Co. superior Court Case no.
9. 84429 Consent Decree, and is responsible
10. for ensuring she is in full compliance with
11. the Court ordered mandates set forth within
12. the Decree.
13. 14. Name of fourteenth defendant: John Doe #1.
14. The fourteenth defendant is employed as:
15. Butte Co. Jail Classification Seargant at:
16. 5 Gillick way, Oroville, Ca. 95965. As a Butte
17. Co. Jail Classification Seargant he is under
18. the binding authority of Butte Co. superior
19. court case no. 84429 Consent Decree court
20. ordered stipulations, and provisions. He is
21. responsible in ensuring that he, and Jail
22. correctional deputies are in full compliance
23. with Consent Decree.
24. 15. Name of fifteenth defendant. John Doe #2.
25. . The fifteenth defendant is employed as:
26. Butte Co. Jail classification seagant at:
27. 5 Gillick way, Oroville, Calif. 95965.
28. As a Butte Co. Jail classification

Pg# 2 (8) II.5

Continued from
page #                          Defendants

1. — Seargant he is under the binding authority
2. of Butte Co. Superior Court case no. 84429
3. Consent Decree Court ordered stipulations,
4. and provisions. He is responsible in ensuring
5. that he, and Jail correctional deputies are
6. in full compliance with Consent Decree.
7. 16. Name of Sixteenth defendant: John Doe #3.
8. The Sixteenth defendant is employed as:
9. Butte Co. Jail classification Seargant at:
10. 5 Gillick way, Oroville, Calif. 95965. As a
11. Butte Co. Jail classification seargant he
12. is under the binding authority of Butte
13. Co. Superior Court Case no. 84429 Consent Decree
14. court ordered stipulations, and provisions. He is
15. responsible in ensuring that he, and Jail correctional
16. deputies are in full compliance with Consent
17. Decree.
18. 17. Name of Seventeenth defendant: John Doe #4.
19. The Seventeenth defendant is employed as:
20. Butte Co. Jail Classification Seargant at:
21. 5 Gillick way, Oroville, Calif. 95965. As a Butte
22. Co. Jail classification Seargant he is under the
23. binding authority of Butte Co. Superior Court
24. Case no. 84429 Consent Decree court ordered
25. stipulations, and provisions. He is responsible
26. in ensuring that he, and Jail correctional
27. deputies are in full compliance with the
28. Consent Decree.

pg# 2 (8) II. 6

continued from Defendants
page #

1. 18. Name of Eighteenth defendant: John Doe #5.
2. The eighteenth defendant is employed as: Butte
3. Co. Jail classification Seargant at: 5 Gillick
4. way, Oroville, Ca. 95965.
5.   As a Butte Co. Jail classification sear-
6. -gant he is under the binding authority of
7. Butte Co. Superior Court case no. 84429
8. Consent Decree court ordered stipulations
9. and provisions. He is responsible in ensuring
10. that he, and Jail correctional deputies are
11. in full compliance with the Consent Decree.
12. 19. Name of nineteenth defendant: John Doe #6.
13. The nineteenth defendant is employed as:
14. Butte co. Jail correctional deputy at:
15. 5 Gillick way, Oroville, Calif. 95965. As a
16. Butte Co. Jail correctional deputy
17. he is under the binding authority of Butte
18. Co. Superior Court case no. 84429 Consent
19. Decree court ordered stipulations, and
20. provisions. He is responsible in ensuring that
21. he is in full compliance with the Court
22. ordered mandates set forth within the
23. Decree.
24. 20. Name of twentieth defendant: John Doe #7.
25. The twentieth defendant is employed as: A
26. Wellpath Care RN (Business office contact is:
27. San Diego Corporate Office, 3.911 Sorrento
28. Valley Blvd., Suite 130, San Diego, Calif.

Continued from
page #

Defendants

1. — 92121. Telephone : 1-800-592-2974.) whose
2. wellpath company contracts with Butte Co. Sher-
3. -iff department to provide meaningful, adequate medical
4. care to inmates in the the Butte county Jail.
5. 21. Name of twenty first defendant : Jane Doe#1.
6. The twenty first defendant is employed as:
7. A wellpath Care LVN (Business office contact is:
8. San Diego Corporate office, 3911 Sorrento Valley
9. Blvd., Suite 130, San Diego, Calif. 92121. Telephone:
10. 1-800-592-2974.) whose Wellpath Care company
11. contracts with Butte Co. Sheriff department
12. to provide Meaningful, and adequate Medical
13. Care to inmates in the Butte county Jail.
14. 22. Name of twenty second defendant : The
15. County of Butte.
16.
17. 23. All defendants are sued in their official,
18. and individual capacities for compensentory,
19. nominal, and punitive damages in the equal
20. divided sum that amounts to twenty one
21. million dollars (#21,000,000.oo) or to be
22. decided by a civil trial jury. In addition,
23. all defendants are sued, and relief requested
24. to cover all plaintiffs legal expenses,
25. attorney fee's, and future medical bills
26. relating to injuries suffered by civil rights
27. violations for the actions, or inactions of
28. defendants.

Page # 2 (8) II. 8

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *Statement of facts (pg. 7 - 17 )* *incorporated by reference herin, henceforth. Continued page #30(1)(a)*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care

   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation

   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: *Fed ADA vio.*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. *'statement of facts' (pg# 7 through 17') incorporated by reference herein.*

*'ADA' henceforth within plaintiffs' complaint is an abreviated reference to 'Americans With Disabilities Act', of 1990'. Henceforth any reference within plaintiffs' complaint regarding Butte County Sheriff's correctional jail, jail facility, and/or c-pod, k-pod, p-section, etc. are refering to 'Butte County Jail, which is a government entity, branch of local government Under the Authority of Butte County Sheriff, defendant #1, Kory L. Honea, and which is located at : 7 Gillick way, Oroville, Calif. 95965. Henceforth, within plaintiff's complaint, any and all of the following references; Consent Decree, Decree provisions, Decree court ordered provisions and stipulations, contempt of of court order, court mandated, DECREE, etc. are referencing Butte County Superior Court case no. 84429, and which has been amended to Butte County Superior Court case no. 084429. Stamp date of original 2nd amended V Consent Decree of Butte County Superior Court case no. 84429 is July 29, 2005, and said Consent Decree remains in effect to this date.*

*Cont. on page #*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *Through the binding authority of Butte County Superior Court case #: 84429 — continued on page*

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?     ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?     ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Cont. from —   D. CAUSE OF ACTION
Claim I (1.)

1. — Plaintiff is a 'pretrial detainee' herein mentioned
2. henceforth within plaintiff's 42 U.S.C. §1983 compl-
3. -aint. Plaintiff, as a 'pretrial detainee' in Butte Co.
4. "Jail" is, and "was" herein mentioned henceforth
5. within this complaint (And more specifically, in-
6. -coporated by reference within plaintiff's 'state-
7. -ment of facts') in the custody of the Butte
8. County Sheriff, defendant #1, Kory L. Honea's
9. jail facility. As Butte County sheriff, defendant #1,
10. 'Kory L. Honea', and his administration (Butte County
11. Sheriff department in it's entiriety.) is by defin-
12. -ition, a branch of local government. Further
13. defined as a California state government
14. entity. Butte County correctional jail facility -
15. herein mentioned henceforth within this comp-
16. -laint is under the authority of the Butte County
17. Sheriff, defendant #1, Kory L. Honea.
18.     As a pretrial detainee, within the custody
19. of Butte County sheriff's correctional jail
20. facility in '2018', plaintiff forwarded to Butte
21. County jail medical department, medical docum-
22. -ents as required for proof of a record of
23. being regarded as an ADA (Americans with
24. Disabilities Act) qualified inmate, inorder to
25. approve ADA accomodation medical chronos,
26. such as, but not limited to ; walking cane, ADA
27. shower chair, lower tier, lower bunk, no
28. stairs, etc. Said medical documents were

pg. 3 (1.) (a)

1. → authored by a federally ran medical
2. department's 'RN', within the state govern-
3. -mental agency, 'California Department of
4. Corrections and Rehabilitation.
5.      Plaintiff, herein, henceforth within this compl-
6. -aint shall be incorporated by reference as being
7. regarded as a qualified ADA-housed inmate
8. (Mobility limitations) within the custody of Butte
9. county sheriff's correctional jail facility (Pursuant
10. to ADA of 1990, and ADA amendment of 2008,)
11.      Plaintiff, within the custody of a branch of local
12. government, and regarded as an 'ADA-pretrial detainee'
13. in Butte County Jail, has a right to 'Due process',
14. and an 'equal protection right' secured by the
15. U.S. constitution 14th amendment. In addition,
16.      Butte County sheriff's Jail facility, and the Jail ad-
17. -ministration's inmate rule handbook, page #5, para-
18. graph (2), lines 1-3, states as follows: The Butte Co-
19. -unty Jail operates in accordance with a Consent
20. Decree established pursuant to Butte County
21. Superior Court Case # 84429. The Consent Decree
22. sets forth certain rights and responsibilities of the
23. inmates and the corrections staff.
24.      Stated as such, and within said Consent Decree
25. the plaintiff's filed, and were approved by the
26. Butte county superior Court case no. 84429, 'cert. for
27. class action' to which extended to include
28.

Case 2:23-cv-02863-DAD-CKD   Document 1   Filed 12/19/22   Page 17 of 42

1. —all Butte County jail inmates, pretrial
2. detainees, and sentenced men, and women
3. inmates in the custody of Butte County
4. sheriff, thereby creating a state created
5. liberty interest for this complaints 'plaintiff'
6. within the provision, and court ordered
7. stipulations set forth within the aforemen-
8. —tioned Consent Decree.
9.      More specifically, Butte County Superior Court
10. case #: 84429, stampdated July 29, 2005, Stipulations
11. Section IV. RECITATIONS, A., 3., page #6, Lines 5-8,
12. states as follows: Any physically disabled inmate
13. in the Butte County Jail shall be housed in those
14. sections of the Jail that provide adequate
15. facilities for disabled inmates, including but
16. not limited to, handrails in showers and
17. toilet facilities.
18.      Stated as such, this court ordered Consent
19. Decree provision, and aforementioned Butte County
20. Jail rule handbook section combined, shall, at
21. the bare minimum, create a state created liberty
22. interest for plaintiff to be housed in a section
23. of Butte County Jail that "quite literally" has
24. handrails in the showers and toilet facilities.
25.      Infact, for plaintiff, as a pretrial detainee,
26. in the custody of Butte County Jail, to be housed
27. in a section of the jail that does not have
28. handrails in the showers would amount to

D. CAUSE OF ACTION

section 1. (3)

1. all named defendants, successors, officers \ deputies
2. under the binding authority and DECREE court ordered
3. mandates in Butte County Superior Court case no. 84429
4. being in civil contempt.
5.     Furthermore, inlight of the california state
6. represented Seal on the front of Butte County
7. Sheriff's Jail rulebook containing a "claim" untrue,
8. that falls within the character definition of
9. the statutory term "disability discrimination",
10. and the various efforts by plaintiff to place
11. Butte County Jail's administration on formal
12. notice, and address the civil contempt of
13. court mandates amounting to discrimination
14. being denied at every conceivable level, includ-
15. -ing impeding \ obstructing the fundamental
16. impartial grievance procedure by having the
17. same official(s) named, that plaintiff alleges
18. violates his civil-federal rights, to investigate,
19. and 'conduct' the grievance proceedings, is
20. not only a federal violation of plaintiff's u.s.
21. Constitutional 14th amendment right to
22. 'due process,' but constitutes 'deliberate
23. indifference', and a 'failure to protect'.
24.     While the u.s. Constitution does not mandate comfor-
25. -table conditions of legal confinment, it does require
26. that conditions of confinment provide minimal "civilized"
27. measure of life's necessities, and to that end, non-ADA
28. accomodated showers for non-ADA inmates \

Cont. from
page #3 (i.)(a.)

# D. CAUSE OF ACTION
## claim I (i.)

1. pretrial detainees qualify as meeting the minimal
2. required standards of providing showers to pre-
3. -trial detainees. <u>Non-ADA</u> accomodated showers
4. to ADA inmates is a failure to provide adequate
5. minimal required living standards to ADA
6. inmate(s), and quite literally subjects this
7. plaintiff to unsanitary, and unsafe conditions
8. of confinement, and discrimination against plaintiff's
9. disability. Defendant #8, Butte Co. jail commander
10. D. Hovey, defendant #9, Butte Co. Jail Lieutenant
11. Brian Meyers, and defendant #10, Butte Co.
12. Jail Seargant L. Niles violated plaintiff's U.S.
13. const. 14th amend. right to due process
14. and equal protection when they failed
15. to protect plaintiff in their duties as a
16. hearing officer official discovering through
17. plaintiff's grievance(s) attempting to add-
18. -ress the unsafe conditions he was being
19. subjected to, being housed in a section
20. of the jail that didn't adequately accomo-
21. -date plaintiff's mobility limitations. Such
22. actions, or inactions by all three defendants
23. constitute discrimination against plaintiff's
24. disability.
25.
26.
27.
28.

Page #3 (4.)     Claim I, (4.) Injury.

1. ─── 'Statement of facts' (pg # 7' of 17'.) incorpor-
2. -ated by reference. All named defendants in
3. Butte co. superior court case no.84429, Defendants #(2)
4. through (7), and defendant (22) have been in
5. civil contempt since plaintiff has been getting
6. placed in the custody of Butte Co. Jail as an
7. ADA inmate, Since early 2018. Since never once
8. has plaintiff been housed in a section of the
9. jail that "literally" had handrails in the
10. Showers, and plaintiff has been housed in
11. C-pod, K-pod, L-pod, and p-section.
12.     The fact that 'Kory L. Honea', Butte Co.
13. Sheriff, defendant #1, is the successor of
14. 'Hal brooks', defendant #2, through the lang-
15. -uage within the Consent Decree places civil
16. liability, and responsibility on 'Kory L. Honea'
17. and as such mandates defendant #1 to
18. ensure compliance to the Decree provisions
19. by his deputies, his administratration, and
20. correctional staff. Yet it is due to the non-
21. Compliance of civil court orders by all the
22. above which resulted in plaintiff injuring him-
23. -self on Dec. 26th, and Dec. 27th of 2019, and
24. on June 2nd, 2022.
25.     Defendants #14 through #18, all classificat-
26. -ion seargants that housed plaintiff in a
27. Section of the jail that doesn't have handrails
28. in the showers which resulted in plaintiff

pg. 3 (4.) (a)

1. suffering injuries on several occassions,
2. Defendant's 8, 9, and 10, as hearing off-
3. -icers of plaintiffs grievances regarding
4. there being no shower handrails, and cont-
5. -invously denied plaintiff relief, amounts
6. to discrimination that resulted in further
7. injury.
8.     On Dec. 26th, and Dec. 27th of 2019,
9. plaintiff suffered injury due to Butte
10. co. Jail rule book required that plaintiff
11. perform manual labor \ Janitorial services
12. that non-ADA inmates are required to do.
13. As such rules exist in Butte County Jail
14. rule book amounts to discrimination
15. Solely because of his mobility limitation \
16. disability.
17.     And due to defendant #1, Butte Co. sheriff,
18. 'Kory L. Honea' operating his correctional Jail
19. facility under the color of authority, with the
20. California state represented seal reflecting
21. his branch of local governments Jail admin-
22. -istrative's rule handbook, which consist of
23. admistnative enforced rules, requiring plaintiff,
24. as a Butte co. Jail facility regarded ADA,
25. physically disabled, pretrial detainee to perform
26. vocational Janitorial labor \ services, equdivant
27. to non-ADA inmate populace by not excluding
28. plaintiff's ADA class from said rules, and

during which plaintiff's "required" labor under penalty
of administrative disciplinary actions, suffer-
ed injury on the date of Dec. 26th, 2019,
Dec. 27th, 2019, and Jan. 2nd, 2020 as a
direct result of plaintiff's mobility limitations,
and even after plaintiff filed administrative
grievance a month and a half previously
to address ADA issues, constitutes
discrimination against plaintiff's disability
by the county of Butte, defendant #22,
defendant #1, 'Kory L. Honea' as the sheriff
of Butte co., Butte Co. Board of Supervis-
-ors current administration and the named
defendants of Butte county superior court
case no. 84429, As well as defendant #8,
'D. Hovey', as Butte Co. Jail commander, and
third level grievance hearing official on
all plaintiff's ADA relevant grievances against
government official's discrimitive conditions
to which they operate in their "legal" confinment
of plaintiff as an ADA-regarded pretrial
detainee in the custody of Butte Co. sheriff's
correctional Jail.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _Civil contempt of DECREE, and continued non-compliance of court order. Cont. pg. 4(X)a.)_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _ADA-vio. discrimination_.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _Statement of facts incorporated by reference (Refer to page 7 of 17.)_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _'statements of facts' (page 7 - '17') incorporated by reference._
   _Conth pg# 4(i.)(a.)_.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

4

1. — Herein "statement of facts" (pg. 7 - 17) incorpora-
2. -ted by reference. Plaintiff respectfully brings
3. before this Court two-fold motion pertaining
4. to the Settlement Agreement entered into, and
5. following entry of Consent Decree between
6. government officials and pretrial detainees
7. and sentenced inmates confined in Butte
8. County Jail, in Butte County Superior Court
9. case no. 84429, on July 29, 2005, regarding
10. unconstitutional conditions of confinment
11. in Butte County Jail facility, plaintiff
12. seeks (1.) an order holding defendants in
13. civil contempt of the settlement agree-
14. -ment and imposing sanctions for def-
15. -endants' continued failure both to
16. abide by the terms of the agreement,
17. and ultimately, to remedy the unconstit-
18. -utional conditions for plaintiff at
19. Butte County Jail; and (2) address the arbit-
20. -rary application of ADA accomodations, and
21. the unconsititutional practice of depriving ADA
22. accomodations to ADA inmates as a means\
23. form of punishment.
24. Furthermore, these actions\inactions by defendants
25. v/o. plaintiffs civil rights secured within the following
26. statutes: Cal. civ. §54.(a), §54.(c), §54.1(a)(1), §54.(d),
27. §54.1(d), §55., §55.1, and §55.56, §51, §51.(b), §51.(f),
28. Cal. gov. code §11135, §11135(a) and (b), and U.S.C. title 42,

Cont. from
page 4(i.)(a)                    (Claim II (i.))

1. chapter 26, Section 12101(a)(1)-(B), 12102(1)(c), sec.
2. 12147., Sec. 12147(a), sec. 12148(a)(1) and (3), sec. 12149(b),
3. Sec. 12150, Subchapter III Sec. 12182(a) and (b)(1)(A)(i)-
4. (iv) and (B) and (C) and (D) and (D)(ii), and (2)(A)(i) through
5. (iv), Sec. 12183(a)(1) and (2), Section 12184(b)(2)(A) and
6. (C), and sec. 12204(a) and (b), 28 C.F.R, chapter 1,
7. part § 39.101, § 39.110, § 39.111, § 39.130(a) and (b)(1)
8. through (d), § 39.149, § 39.150(a)-(d)(4), § 39.151, §39.
9. 170,   28 C.F.R. ch.1, part §41, § 41.56, § 41.57, §41.
10. 58, and appendix A to part 41, title 29 §-Labor
11. §794 due to contractual agreements entered
12. in with U.S. Federal gov., and Butte Co. sheriff
13. department to house Federal inmates \ pre-
14. -trial detainee on the date of this complaint
15. filed, 28 C.F.R. § 36.01 and (a) and (b), 29 C.F.R.§
16. 1630.1, and C.F.R. §35.152, CFR. title 28, § 42.
17. 501, U.S § (USC) Division 13., part §5.5., §5.5.(a),
18. and Cal. gov. § 4450., § 4450.(a)-(d), §4452.,
19. C.F.R.§35.152(a), (b)(1), (b)(2)(i) through (iv), and
20. (b)(3).
21.
22.
23.
24.
25.
26.
27.
28.

page # 4 (4.)        Claim II (4.) Injury.

1. → The board of supervisors serves as the
2. governing body for the County of Butte. The
3. board exercises the legislative, administrative,
4. and appellate powers prescribed to it by the
5. California state constitution and statutes, the
6. Butte County Charter, and the Butte County
7. code. Stated as such, and being in
8. civil contempt of a court order estab-
9. -ished through Butte County superior
10. court case no. 84429, violates plaintiff's
11. ADA state\federal civil rights in light
12. of the failure to comply with the sole
13. provision within the entire Decree that
14. affords any ADA secured rights for ADA
15. inmates.
16.       Defendant #8, defendant #13, defendant
17. #12, defendant #11, defendant #19 John
18. Doe #6, and defendants# 15-17, all subjected
19. plaintiff to a form of punishment that
20. consisted of taking away ADA accomod-
21. -ations that were afforded to him.
22. This amounts to a calous disregard for
23. plaintiff's safety, and deliberate indiffer-
24. -ence.
25.      Cal. penal code § 6000, Cal. penal code § 4000
26. obligates Butte County Sheriff to ensure
27.     safe conditions of confinement for
28. plaintiff which he failed in, and violated.
                        pg # 4 (4.)(a)

Cont. from
page # 4 (4.)(a.)        Claim II (4.) Injury

1.   — Furthermore Butte County Superior court case
2. no. 84429 Decree provision stipulations, section
3. IV. RECITATIONS, A., 3., page # 6, Lines 5-8, being
4. the Sole provision, and court ordered mandate
5. that provided plaintiff any sort of ADA accomoda-
6. - tions, rights, or relief created a state created
7. Liberty interest which is protected by the
8. U.S. constitution 14 amendment right to Due
9. process, and equal protection clause.
10.    All named defendants, their successors,
11. and their Successors deputies, officers,
12. and correctional administration who were
13. are in civil contempt of aforementioned
14. Decree provision including all current named
15. defendants in this complaint are in violation of
16. plaintiffs civil rights, ADA rights, which resulted
17. in unwarranted pain and suffering, and
18. injuries for plaintiff on Dec. 26th, 2019. On Dec.
19. 27th, 2019. On Jan. 2nd, 2020. on Jan. 24th, 2020.
20. On Jan 25th, 2020.
21.
22.
23.
24.
25.
26.
27.
28.                 pg # 4 (4.)(b.)

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: *Statements of facts(pg 7 - 17* )
*incorporated by reference: cont. pg # 5 (1.) (a)*

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail             ☐ Access to the court        ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property         ☐ Exercise of religion        ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety ☒ Other: _____ *ADA - vio* _____ .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
*Statement of facts' incorporated by reference.*
*pages' 7' through '17' .)*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *statement of facts'*
*(pg. '7' - '17') incorporated by reference. Cont. pg # 5 . (4.) (a.)*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                          ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?                    ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?          ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ .

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

CLAIM II (1.)

1. — The Americans with disabilities Act (ADA)
2. prohibits public entities from discriminating
3. against qualified disabled individuals by
4. "exclud[ing them] from participation in or.....
5. den[ying them] the benefits of the services,
6. programs, or activities of [the] public entity."
7. See 42 U.S.C.A. § 12132 (West 1995.). Correct-
8. -ional facilities are public entities falling
9. under the dictates of the ADA. See Duffy
10. v. Riveland, 98 F.3d 447, 455-56 (9th Cir. 1996)
11. (Inmate states Cognizable claim under ADA).
12.         The defendants have not complied with
13. ADA. Butte County Jail officials, and all named
14. defendants under the binding authority of
15. Butte County Superior Court case no. 84429
16. Decree stipulations, and provisions, including
17. their successors Continue the civil contempt
18. of housing plaintiff who uses a cane in a
19. section of Butte Co. Jail that does not
20. accomodate plaintiff's mobility limitations,
21. subjecting plaintiff to unnecessary and
22. unwarranted risk of personal injury,
23. and does so for the sole reason of his
24.     disability. Thus defendants violate the
25. ADA.
26.
27.
28.

pg #5 (1.)(a.)

cont. from
pg. 5 (4.)                    claims III (4.) Injury.

1.    All defendant named in Butte county
2. Superior court case no. 84429, and all
3. named defendants in this complaints
4. failure to comply with Decree orders,
5. and ADA resulted in unsafe conditions
6. of plaintiffs confinment that amounts
7. to discrimination of plaintiff's disability
8. resulting in injuries he suffered Dec. 26th, 2019.
9. On Dec. 27th, 2019. On Jan 2nd, 2020. And on
10. June 2nd, 2022.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Each defendant are sued in their official, and individual capacities for punitive, compensentary, nominal, damages in an equal sum that amounts to $ 21,000,000.<sup>00</sup>, or a sum to be determined decided by a jury. In addition plaintiff requests for defend-ants to pay for all plaintiff's legal fees, and all future medical expenses relating to injuries suffered as result of defendants violation of plaintiffs state & fed. (And ADA) rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Dec. 2/th, 2022_
         DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Statement of facts

1. Fact #1 — On or about Oct. 8th, 2019, defendant #14, butte Co.
2. Jail classification seargant John Doe #1 classified
3. and housed plaintiff in medium security K-pod dorm
4. which is a section of the jail that does not
5. accomodate plaintiff's pysical (Mobility) disability.
6. Fact #2 — On or about Oct. 20th, 2019, as a form of punish-
7. -isment for plaintiff's "alleged" misconduct defend-
8. -ant #15, Butte Co. Jail classification seargant John Doe #2
9. reclassified, and rehoused plaintiff from medium Security
10. K-pod dorm to maximum security C-pod housing cells. A
11. section of the jail that does not accomodate plaintiff's phy-
12. -sical disability. (There are no handrails in K-pod showers,
13. or around dorm toilet facilities. Nor are there any hand-
14. -rails in C-pod showers, or in any of C-pods housing
15. cells, or yard toilet facilities.)
16. Fact #3 — On or about Nov. 16th, 2019, plaintiff filed an
17. administrative grievance regarding a list of ADA violations
18. plaintiff encounterd, and wanted to address inorder to
19. avoid suffering an injury.
20. Fact #4 — On or about Nov. 18th, 2019, defendant #8, Butte
21. Co. Sheriff Jail Commander D. Hovey "denied" plaintiff's
22. grievance Lg#:19-1439 regarding a request for ADA
23. accomodations.
24. Fact #5 — On or about Nov. 21st, 2019, plaintiff received final
25. copy of "denied" grievance Lg#:19-1439, regarding request
26. for ADA accomodations.
27. Fact #6 — On or about Dec. 26th, 2019, while performing
28. "required" Jail facility Janitorial duties (Pursuant

pg. 7

1. — to Butte County Jail rule handbook, pg #13, rule #30 (a)-(c).)
2. of cleaning the walls of the shower, and the shower
3. drain of all soap scum, etc. plaintiff's left knee slipped
4. out of place causing excruciating pain. As plaintiff
5. reached out to the shower walls in an attempt to catch
6. himself plaintiff's hands slipped, causing plaintiff to only
7. slip further which caused him more pain in left knee.
8. **Fact #7** — On or about Dec. 27, 2019, once again while
9. plaintiff attempted to perform Butte County Jail's "req-
10. -uired" janitorial duties of cleaning the shower walls,
11. and shower drains of soap scum, hair, etc. plaintiff's
12. left knee slipped out of place, once again causing
13. plaintiff excruciating pain. As plaintiff began falling,
14. automatically his hands shot out to the shower
15. walls for anything to grab onto and catch himself
16. but as there is nothing to grab plaintiff couldn't
17. help but slip further along the wall causing
18. more painful suffering in left knee. Plaintiff filed
19. a request for the jail transport department to schedule
20. an appointment to see his private doctor regarding
21. plaintiff's knee pain.
22. **Fact #8** — On or about Dec. 29th, 2019, plaintiff filed
23. a Jail medical request to see facility medical personel
24. regarding knee pain.
25. **Fact #9** — On or about Dec. 30th, 2019, plaintiff filed a
26. Jail administrative grievance Lg. #: 19-1588 regarding
27. Jail officials being in contempt of Butte Co. Court case #
28. 84429 DECREE court order that resulted in plaintiff

cont. from
page 8
Case 2:22-cv-02313-DAD-CKD   Document 1   Filed 12/29/22   Page 34 of 42
Statement of facts

- acquiring, and suffering an injury while performing
in accordance with Jail Rule Handbook requirements
which amounts to "discrimination", aswell as forcing
ADA inmates to perform janitorial services
equalivant to non-ADA inmates.

Fact #10 ———— On or about Dec. 31st, 2019, defendant
#8, D. Hovey, Butte County Jail commander respected
plaintiff's u.s. constitution 14th amend. right to due
process by acknowledging plaintiff's right for defen-
-dant #8, D. Hovey to forward grievance Lg. #:19-1588
to a higher authority (Defendant #1, Kory L. Honea)
due to plaintiff naming D. Hovey within the grievance,
as one who violated plaintiff's civil rights.
                            In D. Hovey's resoponse
to plaintiff's grievance he stated that he
cannot respond due to being named in plaintiff's
grievance (Lg. #:19-1588).

Fact #11 ———— On or about Jan. 2nd, 2020, while
plaintiff was performing his janitorial "required"
duties pursuant to Butte Co. Jail rule handbook
page #13, rule #30 (a) and (6) (Refer to EXIBIT
"   ", pg#    ), and cleaning the walls around
the toilet area around the toilet facilities in
plaintiff's housing cell, his right knee slipped
out of place causing excruciating pain result-
ing in plaintiff losing his balance and falling,
as there are no type of ADA handrails, around
the toilet facities for plaintiff to catch

1. — himself, and prevent incidents such as these
2. from occuring. Plaintiff filed a grievance lg.#:
3. 20-0019, which was "administratively closed" for
4. lack of jail correctional staff witness".
5. Fact #12 —— On or about Jan 6th, 2020, plaintiff filed
6. a jail administrative grievance Lg #: 20-0020, to
7. address Butte Co. Jail Classification Seargants
8. John Doe's #1 - 2 classifying, and housing plaintiff
9. continuosly in violation to, and in contempt
10. of Butte County Superior Court Case no. 84429
11. Court order CONSENT DECREE provisions, which
12. Butte Co. Jail rulebook, pg#5, paragraph#2, lines
13. 1-3 fruadulantly states the jail operates
14. in accordance with. However, infact since 2018
15. which Butte Co. jail has regarded plaintiff as
16. An ADA inmate, Jail classification seargants
17. have never "housed" plaintiff in accordance
18. To the DECREE Court orderd provisions of
19. having handrails in the showers, and around
20. toilet facilities.
21. Fact #13 —— On or about Jan. 8th, 2020, the same
22. Butte Co. Jail administrative grievance lg.#:
23. 19-1588, that defendant #8, Butte County Jail
24. commander D. Hovey" stated he cannot respond
25. to, he responded to. When plaintiff asked def-
26. -endant #8, D. Hovey during third level grievance
27. interview why he responded to grievance after
28. stating he cannot due to being named in the

Cont. from 'Statement of facts'
pg. 10
Case 2:22-cv-02313-DAD-CKD Document 1 Filed 12/29/22 Page 36 of 42

1. — grievance? D. Hovey stated he forwarded it to
2. Sheriff Honea (Defendant #1), and he gave it back
3. to me saying "I'm not dealing with this, you deal
4. with it". Defendant #8, D. Hovey said he moved
5. plaintiff to K-pod, which is more ADA accomod-
6. -ating due to being less restrictive security housing
7. level, and since there is a dorm worker who cleans the
8. showers for you here. He then told plaintiff to stay
9. out of trouble cause as quick as he provided
10. accomodations for plaintiff's disability needs, he
11. can just as quickly punish plaintiff by reclassify-
12. -ing, and rehousing plaintiff back in c-pod taking
13. away this accomodation. (Interview took place
14. in K-pod dayroom.)
15. <u>Fact #14</u> —— On or about Jan. 24th, 2020, due to
16. plaintiff's "alleged" misconduct defendant #16, Jail
17. classification seargant John Doe #3, reclassified,
18. and rehoused plaintiff to p-section which is
19. an administrative segregation unit. (lock up
20. maximum security. Program with only yourself)
21. Both defendant #12, jail correctional deputy
22. 'Adamson', and defendant #13, Jail correctional
23. deputy 'Dunn' were both involved with escorting
24. plaintiff from K-pod dorm. Both deputies escorted
25. plaintiff by dragging plaintiff from K-pod with
26. his pants falling, exposing his rear-end (where
27. several female deputies were present.), to
28. the medical examination room where a well—

1. — path medical staff waited, and proceeded to look
2. for, and remove y922er prongs from plaintiff's
3. body. At one point, while defendant #22
4. Wellpath (LVN) medical personel, Jane Doe #1, was
5. examining plaintiff to clear him for escort to
6. p-section, as defendant #12, Jail correctional
7. deputy Adamson stood immediately nearby
8. securing plaintiff, defendant #13 correctional
9. deputy 'Dunn' walked in medical examination
10. room with plaintiff's walking cane, and
11. said to deputy 'Adamson', 'Since inmate
12. Mitchum (Plaintiff) doesn't like following our
13. rules, can we finally take his cane
14. from him?' defendant #12 deputy
15. Adamson looked at defendant #22, Jane
16. Doe #1 awaiting exspectantly for a response.
17. Wellpath LVN personel, defendant #22 Jane Doe
18. #1 said 'I don't care if you take his cane',
19. and then defendant #12, deputy 'Adamson'
20. looked at defendant #13, deputy 'Dunn'
21. and said 'yeah, go ahead, lets take
22. it'. Plaintiff's walking cane was never
23. alleged to have been involved or even asso-
24. -ciated with plaintiff's "alleged" misconduct.
25. Defendant #12, deputy Adamson, once plaint-
26. -iff was medically cleared attempted to
27. force plaintiff to walk without his cane
28. until plaintiff couldn't walk anymore, at

1. — which point defendant #12, deputy Adamson
2. attempted to drag plaintiff down the hallway before
3. finally calling on the radio for a wheelchair to be
4. brought to wheel plaintiff the rest of the way
5. to p-section.
6. Fact #15 —— On or about Jan. 25th, 2020, Butte co.
7. Sheriff's deputies provided plaintiff an ADA accom-
8. — odation of a wheelchair to go to court in. However,
9. upon plaintiff's return from court he was met by
10. defendant #11, jail seargant 'Hancock', and corr-
11. — ectional deputy, defendant #20, John Doe #6,
12. who took away the wheelchair, and forced
13. plaintiff to try, and walk the rest of the way
14. to p-section. When plaintiff asked why they
15. were taking away the wheelchair seargant
16. Hancock said 'it came from the top, straight
17. from Hovey'. When plaintiff could no longer
18. walk, and began falling, both defendant
19. #20, and defendant #11 proceeded to
20. drag plaintiff down the rutunda, through
21. hallways, through dental area, past
22. inmate housing, and recreation areas,
23. through dental, and medical offices,
24. past jail deputy cafeteria to p-sec-
25. — tion. Plaintiff attempted to contact Butte
26. County jail inmate advocate Sally Anderson
27. leaving her a message regarding sheriff deputies
28. taking cane away from plaintiff as a form

Statement of facts

1. — of punishment.

2. Fact #16 —— On or about Jan. 26th, 2020, Butte

3. County jail advocate, 'Sally Anderson' was

4. able to get Butte Co. Jail deputies to prov-

5. -ide plaintiff with an ADA accomodation

6. of a wheelchair again, as a substitute for

7. the cane that was taken. However, every

8. day of the ten days plaintiff was

9. housed in P-section and allowed to

10. shower, were any of the showers

11. ADA wheelchair accessible.

12. Fact #17 —— On or about Feb. 3rd, 2020, defendant

13. #17, Jail classification seargant John Doe #4,

14. reclassified, and rehoused plaintiff in maximum

15. security housing C-pod, which is the same pod

16. that defendant #8, D. Hovey moved plaintiff

17. from in response to plaintiff's grievance

18. Lg. #: 19-1588  re: c-pod not being a section

19. of the jail that adequately accomodates

20. plaintiff's disability, and moved plaintiff to

21. K-pod due to c-pod having no pod workers

22. that can clean the showers for plaintiff.

23. Fact #18 —— In Oct., 2020, plaintiff departed

24. from Butte Co. Jail to California Department

25. of Corrections, and Rehabilitation.

26. Fact #19 —— On or about March 21st, 2022

27. plaintiff was placed into the custody of the Butte

28. County sheriff's jail facility, and defendant #18,

pg. 14

Statement of facts

1. ———— Jail classification seagant John Doe #5
2. classified, and housed plaintiff in maximum
3. security housing level, C-pod. A section of
4. the jail that does not accomodate plaintiff's
5. physical disability.
6. <u>Fact #20</u> ——— On or about June 2nd, 2022, while
7. showering in c-pod, plaintiff was holding on
8. to the top of the shower wall which is just
9. above eye level, and being there was not any form
10. of ADA accomodations, plaintiff, while trying
11. to balance on one foot while washing the other
12. foot, lost his balance causing plaintiff to hang
13. from shower wall with his right hand. Plaintiff,
14. in addition to knee problems in both knees, also
15. weighs 317 lbs. As a result of no handrails,
16. plaintiff was forced to hold onto the top of
17. shower wall, and when he slipped, and
18. hung from his right hand, he tore his right
19. bicept causing excruciating pain. Afterward
20. plaintiff went back to cell, and immediately
21. filed a medical request electronically
22. Lg #:182012902 from his tablet. around
23. midnight medical staff arrived, and examined
24. injury in plaintiff's housing cell. Medical staff
25. said they were sorry, and for some reason thought
26. plaintiff might have been bleeding from a cut
27. and had brought gauze, and bandages. How-
28. ever, after examining injury, he left, and

Cont. from
pg. 15          Statement of Facts
Case 2:22-cv-02313-DAD-CKD   Document 1   Filed 12/29/22   Page 41 of 42

1. — immediately returned with (2) tylonols, and an
2. arm sling. Initially plaintiff had requested a griev-
3. -ance form a few days previously regarding
4. dental but as it so happend, having just torn
5. right bicept, and possessing a blank grievance
6. form, plaintiff attempted to file the grievance
7. regarding the injury he just acquired as a
8. result of the same contempt of court
9. order by defendants #1-8 to which caused
10. him injury previously. Only now plaintiff's injury
11. is serious enough to now require surgery. Plain-
12. -tiff submitted grievance Lg.#: unknown at this
13. time, and defendant #10, Vail seargant
14. L. Niles responded approximately 30 minutes
15. after medical saw plaintiff. Although L. Niles
16. responded to plaintiff's grievance stating that
17. plaintiff was seen by medical, and an ADA shower
18. chair was placed in C-pod for plaintiff's use,
19. he still administratively closed grievance
20. stating plaintiff must first exhaust his
21. "informal" grievance procedure level.
22. Fact #21 —— On or about June 7th, 2022, plaintiff
23. filed grievance Lg.#: 22-0656 regarding
24. the classifying, and housing of plaintiff in clear
25. violation of the Decree provisions, and court
26. ordered stipulations in Butte County Superior
27. Court Case no. #84429, and in a section of the
28. jail that does not adequately accomodate

pg. 16

1. — plaintiff's disability due to no handrails in
2. shower which resulted in plaintiff suffering
3. a torn right bicept causing excruciating
4. pain. Plaintiff was seen by defendant #21,
5. wellpath medical personel - Jail RN, John
6. Doe' #7, who ordered x-rays of plaintiff's
7. right bicept, and a few days of Ibuprofen.
8. No further treatment, pain management, or
9. follow up appointment after x-rays.
10. Fact #22 —— On or about June 8th, 2022, plain-
11. -tiff received defendant #10, Butte County
12. sheriff's Jail seargant L. Niles' first grievance
13. level "denial". Grievance Lg.#:22-0656.
14. Fact #23 —— On or about June 9th, 2022, plain-
15. -tiff received defendant #9, Butte County Jail
16. Lieutenant Brian Meyers' second grievance
17. level "denial". Grievance Lg.#:22-0656.
18. Fact #24 —— On or about June 10th, 2022, plain-
19. -tiff received defendant #8, Butte County
20. sheriff's Jail captain, and Commander D. Hovey's
21. third grievance level "denial". Grievance
22. Lg.#:22-0656.
23.
24.
25.
26.
27.
28.