1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ERNEST MITCHUM, JR.,              No.  2:22-cv-2313 CKD P

12            Plaintiff,

13        v.                                    ORDER AND

14   KORY HONEA, et al.,                        FINDINGS AND RECOMMEDATIONS

15            Defendants.

16

17        Plaintiff is a Butte County Jail prisoner proceeding pro se with civil action.  On March 6,

18   2023, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. §

19   1915A(a).  The court gave plaintiff two options:  (1) proceed on a claim arising under the

20   Americans with Disabilities Act (ADA) against defendant Butte County based upon plaintiff's

21   allegations that he suffered injuries as a result of a lack of handrails near toilets and showers; or

22   (2) seek leave to file an amended complaint in an attempt to cure deficiencies in the original

23   complaint concerning other claims and defendants.  Plaintiff has indicated he wishes to proceed

24   on the claim described above.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  Service is appropriate for defendant Butte County.

27        2.  The Clerk of the Court shall send plaintiff a USM-285 form, a summons, an instruction

28   sheet, and a copy of the complaint.

                                        1

1    3.  Within thirty days from the date of this order, plaintiff shall complete the attached

2    Notice of Submission of Documents and submit the following documents to the court:

3         a.  The completed Notice of Submission of Documents;

4         b.  One completed summons;

5         c.  One completed USM-285 form; and

6         d.  Two copies of the complaint.

7    4.  Plaintiff need not attempt service on defendant and need not request waiver of service.

8    Upon receipt of the above-described documents, the court will direct the United States Marshal to

9    serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment

10   of costs.

11   5.  The Clerk of the Court assign a district court judge to this case.

12   IT IS HEREBY RECOMMENDED that all claims and defendants except for a claim

13   arising under the Americans with Disabilities Act (ADA) against defendant Butte County based

14   upon plaintiff's allegations that he suffered injuries as a result of a lack of handrails near toilets

15   and showers be dismissed.

16   These findings and recommendations are submitted to the United States District Judge

17   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

18   after being served with these findings and recommendations, plaintiff may file written objections

19   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

20   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

21   time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

22   Cir. 1991).

23   Dated:  March 28, 2023

24   _____
     CAROLYN K. DELANEY

25   UNITED STATES MAGISTRATE JUDGE

26

27   1
     mitc2240.8

28

2

1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MICHAEL ERNEST MITCHUM, JR.,              No.  2:22-cv-2323 CKD P

12                          Plaintiff,

13            v.                                 NOTICE OF SUBMISSION

14     KORY HONEA, et al.,                       OF DOCUMENTS

15                          Defendants.

16

17            Plaintiff submits the following documents in compliance with the court's order filed

18     _____:

19            ____           completed summons form

20            ____           completed USM-285 forms

21            ____           copies of the _____
                                                  Complaint

22

23     DATED:

24

25                                                       _____
                                                         Plaintiff
26

27

28
                                            3