UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR., | No. 2:22-cv-2313 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| KORY HONEA, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to submit service documents in accordance with the court's March 28, 2023, order and objections to the court's March 28, 2023, findings and recommendations. Good cause appearing, those requests will be granted.

Plaintiff also asks permission to file electronically. Pro se litigants such as plaintiff are generally not permitted to file electronically. Local Rule 133(a). While the court may grant an exception, plaintiff has not complied Local Rule 133(b)(3) which details how to obtain an exception. Accordingly, his request to file electronically will be denied.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to submit service documents in accordance with the court's March 28, 2023, order. Failure to do so will result in a recommendation that this action be dismissed.

3. Plaintiff is granted 30 days from the date of this order to file objections to the court's March 28, 2023 findings and recommendations.

4. Plaintiff's request to file electronically is denied.

Dated: May 9, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
mitc2313.36