UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR., | No. 2:22-cv-2313 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| KORY HONEA, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2023, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendant. On June 9, 2023, plaintiff submitted the USM-285 form and summons but failed to file the copies of the operative complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of the complaint submitted by plaintiff on December 29, 2022; and

/////

/////

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the two copies of the December 29, 2022, complaint required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  June 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
mitch2313.8f