Michael Mitchum Jr. #166925
7 Gillick Way
Oroville, Calif. 95965

FILED
AUG 09 2023
CLERK, U.S. DISTRICT
EASTERN DISTRICT OF CALI.
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

1. Michael Mitchum Jr.
   Plaintiff
2. vs.                          Case no. 2:22-cv-02313-CKD-DAD-P
3. Kory Honea et. al.,          Re: Notice of Appeal Decision to
   Defendant(s)
4.                              dismiss Defendant(s) #1-21.
5.     Plaintiff in the above case matter wishes
6. to place this court on formal notice of his desire to
7. appeal this courts decision to dismiss defendants
8. #1-21 of his 42 U.S.C. §1983 civil complaint case
9. no. 2:22-cv-02313-CKD-DAD-P.
10.    With that said allow me to excuse myself
11. respectfully.
12.
13.                             Humble Departures
14. Dt: August 5th, 2023.       Michael Mitchum
                                Plaintiff

Page (1) of (1)