UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**MICHAEL ERNEST MITCHUM JR.,**
    Plaintiff

  v.                                     **CASE NO. 2:22−CV−02313−DAD−CKD**

**BUTTE COUNTY, ET AL.,**
    Defendant

     You are hereby notified that a Notice of Appeal was filed on **August 09, 2023** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 10, 2023

                              **KEITH HOLLAND**
                              **CLERK OF COURT**

                    **by:** /s/ O. Clemente Licea
                          Deputy Clerk