**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

TO:      CLERK, U.S. COURT OF APPEALS

FROM:    CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:22−CV−02313−DAD−CKD** |
| USDC Judge: | **DISTRICT JUDGE DALE A. DROZD** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **MICHAEL ERNEST MITCHUM JR. vs. BUTTE COUNTY** |
| Type: | **CIVIL** |
| Complaint Filed: | **12/29/2022** |
| Appealed Order/Judgment Filed: | **8/10/2023** |
| Court Reporter Information: | **n/a** |

FEE INFORMATION

**Fee Status: IFP Granted on 3/6/2023**

Information prepared by: /s/ **O. Clemente Licea , Deputy Clerk**