**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

Attorneys for Defendants
COUNTY OF BUTTE AND BUTTE COUNTY SHERIFF KORY HONEA

### UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM JR., | **Case No.: 2:22-cv-02313-DAD-CKD** |
| Plaintiff, | **EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| BUTTE COUNTY SHERIFF KORY HONEA; COUNTY OF BUTTE, | |
| Defendants, | Compl. Filed: 12/29/2022 |
| _____/ | |

### EX PARTE APPLICATION

In accordance with United States District Court Eastern District of California Local Rule 144(c), Defendants COUNTY OF BUTTE and SHERIFF KORY HONEA (collectively "Defendants") hereby submit this Ex Parte Application for an Order to Extend Defendants' Time to File a Responsive Pleading to Plaintiff's Complaint. As further set forth in the Declaration of Matthew W. Gross filed in Support of this Application, the parties have been unable to meet and confer due to Plaintiff's currently being incarcerated. (Declaration of Matthew W. Gross, "Gross Decl.," ¶¶ 3-7.)

The requested extension of time is sought on good faith grounds necessary for Counsel for

{02058549.DOCX}

1    Defendants to be able to properly determine the viability of the allegations set forth in the Complaint.

2    Counsel for Defendants received the pleadings for this matter on October 27, 2023. Furthermore, no prior

3    extensions have been sought in this matter. As noted in Local Rule 144(c), the first initial extension

4    requested through an ex parte is ordinarily granted. Furthermore, there is no prejudice to the Plaintiff in

5    the requested extension to permit Defendants to examine the allegations and pleadings in this case.

6        Accordingly, Defendants respectfully request the Court grant Defendants a 28-day extension to

7    file a responsive pleading, making Defendants' deadline to file a responsive pleading **November 29, 2023.**

8

9

10   Dated:  November 1, 2023                    PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION
11

12                                               *By* _/s/ Matthew W. Gross_____
                                                      William E. Camy
13                                                    Matthew W. Gross
                                                      Attorneys for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{02058549.DOCX}

EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF
KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

**CASE NAME:** *Mitchum v. Butte County, et al.*
**CASE NO.:** *Eastern District of CA Case No. 2:22-cv-02313*

## PROOF OF SERVICE

      I am a resident of the United States and of the County, of Sacramento, California.  I am over the age of eighteen years and not a party to the within above-entitled action.  My business address is 2180 Harvard Street, Suite 500, Sacramento, California.

      I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

      That on the date below, I served the following **EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

| | |
|---|---|
| XX | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. ☐ Certified Mail/Return Receipt Requested, Article # |
| | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:

*Pro Per*
Michael Mitchum #166925
Butte County Jail
7 Gillick Way
Oroville, CA 95965

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Sacramento, California on November 1, 2023.

*Kristena Champlin*
Kristena Champlin

{02058549.DOCX}

EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT