**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

Attorneys for Defendants
COUNTY OF BUTTE AND BUTTE COUNTY SHERIFF KORY HONEA

# UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM JR., <br><br> Plaintiff, <br><br> vs. <br><br> BUTTE COUNTY SHERIFF KORY HONEA; COUNTY OF BUTTE, <br><br> Defendants, <br> _____ / | Case No.: 2:22-cv-02313-DAD-CKD <br><br> **DECLARATION OF MATTHEW W. GROSS IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** <br><br> Compl. Filed: 12/29/2022 |

I, Matthew W. Gross, declare:

1. I make this Declaration on my own personal knowledge, except to the facts stated on information and belief. As to such facts, I believe them to be true. If called upon to do so, I could and would competently testify about the matters asserted herein.

2. I am an attorney duly licensed to practice before all courts of the State of California, and am an associate attorney with the law firm of PORTER SCOTT, attorneys of record for Defendants,

{02058549.DOCX}

1
DECLARATION OF MATTHEW W. GROSS IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

COUNTY OF BUTTE, and SHERIFF KORY HONEA (hereinafter, "Defendants"), in the above-entitled matter.

3. I submit this affidavit in support of Defendants' ex parte application for an extension of time to file a responsive pleading in this matter, pursuant to Local Rule 144(c).

4. My office was recently retained to represent Defendants in this case. Defendants' current deadline to file a responsive pleading in this matter is November 1, 2023. According to my review of the Court docket for this matter, the County was served with a copy of the operative complaint on October 11, 2023. (ECF 31). My office was retained officially obtained to represent the Defendants on or about October 27, 2023. I am requesting a 28 day extension to respond to the operative complaint so that I may have a chance to review the pleadings filed in this case and properly determine the viability of the allegations set forth in the Complaint. There are currently 31 filings on the Courts docket, including the Complaint and counsel for Defendants needs time to investigate these claims. Defendants continue to research and investigate this matter, and as such, respectfully request from this Court the extension in order to provide a meaningful opportunity to complete its review of this matter.

5. I have received the Court's docket and understand Plaintiff Mr. Michael Mitchum is currently incarcerated at the Butte County Jail. I have been unable to speak with him about seeking a stipulation pursuant to Local Rule 144(a) for the Defendants to respond to the complaint. Furthermore, any attempt to send a letter to Mr. Mitchum with a copy of the proposed stipulation would not be returned prior to the deadline to respond to the Complaint.

6. There have been no prior extensions granted in this matter. This Ex Parte Application is not being submitted for any improper purpose such as to cause undue delay. In addition, this Ex Parte application will not cause any prejudice to the parties in this ligation.

7. Defendants respectfully submit for their Ex Parte Application requesting an extension of time for Defendants to submit an answer or other responsive pleading to Plaintiff's complaint until November 29, 2024.

*{02058549.DOCX}*

DECLARATION OF MATTHEW W. GROSS IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on *November 1, 2023*, at Sacramento, California.

                                                  /s/ *Matthew W. Gross*  
                                                      Matthew W. Gross

*{02058549.DOCX}*

3

DECLARATION OF MATTHEW W. GROSS IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

**CASE NAME:** *Mitchum v. Butte County, et al.*
**CASE NO.:** *Eastern District of CA Case No. 2:22-cv-02313*

## PROOF OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 500, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following **DECLARATION OF MATTHEW W. GROSS IN SUPPORT OF EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

| | |
|---|---|
| XX | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. ☐ Certified Mail/Return Receipt Requested, Article # |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:

*Pro Per*
Michael Mitchum #166925
Butte County Jail
7 Gillick Way
Oroville, CA 95965

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on November 1, 2023.

*Kristena Champlin*
Kristena Champlin

*{02058549.DOCX}*