**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

Attorneys for Defendants
COUNTY OF BUTTE AND BUTTE COUNTY SHERIFF KORY HONEA

# UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM JR., | Case No.: 2:22-cv-02313-DAD-CKD |
| Plaintiff, | **[PROPOSED] ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| BUTTE COUNTY SHERIFF KORY HONEA; COUNTY OF BUTTE, | |
| Defendants, | |
| | Compl. Filed: 12/29/2022 |

Defendants COUNTY OF BUTTE and SHERIFF KORY L. HONEA ("Defendants") filed an Ex Parte Application for Extension of Time for Defendants to File Responsive Pleading to Plaintiff's Complaint. Having reviewed the matter and considered the arguments of the parties, the Court rules as follows:

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

1. The Ex Parte Application for Extension of Time is GRANTED.

2. Defendant's Responsive Pleading to Plaintiff's Complaint is due on November 29, 2023.

*{02058549.DOCX}*

1

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

**IT IS SO ORDERED.**

DATED: _____          _____

                                                            United States Eastern District Judge

*{02058549.DOCX}*

2

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

**CASE NAME:** *Mitchum v. Butte County, et al.*
**CASE NO.:** *Eastern District of CA Case No. 2:22-cv-02313*

### PROOF OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 500, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following: **[PROPOSED] ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

| | |
|---|---|
| XX | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. ☐ Certified Mail/Return Receipt Requested, Article # |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:
*Pro Per*
Michael Mitchum #166925
Butte County Jail
7 Gillick Way
Oroville, CA 95965

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on November 1, 2023.

*Kristena Champlin*
Kristena Champlin

*{02058549.DOCX}*