**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

Attorneys for Defendants
COUNTY OF BUTTE AND BUTTE COUNTY SHERIFF KORY HONEA

# UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM JR., | Case No.: 2:22-cv-02313-DAD-CKD |
| Plaintiff, | ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANT COUNTY OF BUTTE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| vs. | |
| KORY HONEA, et al., | |
| Defendants, | Compl. Filed: 12/29/2022 |

Defendant COUNTY OF BUTTE filed an Ex Parte Application for Extension of Time for Defendant to File Responsive Pleading to Plaintiff's Complaint. Having reviewed the matter and considered the argument, the Court rules as follows:

1. The Ex Parte Application for Extension of Time is GRANTED.

2. Defendant's Responsive Pleading to Plaintiff's Complaint is due on November 29, 2023.

Dated: November 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE