**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

Attorneys for Defendants
COUNTY OF BUTTE AND BUTTE COUNTY SHERIFF KORY HONEA

# UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM JR., | Case No.: 2:22-cv-02313-DAD-CKD |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| BUTTE COUNTY SHERIFF KORY HONEA; COUNTY OF BUTTE, | **Date:** January 16, 2024<br>**Time:** 1:30 p.m.<br>**Location:** Courtroom 4, 15th floor |
| Defendants, | Compl. Filed: 12/29/2022 |

**TO PLAINTIFF IN PRO PER:**

PLEASE TAKE NOTICE that on the above date and time and in the above Court the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, Defendant COUNTY OF BUTTE by and through the attorneys of record, will, and hereby does, move for an order granting the motion to dismiss, pursuant to Federal Rule of Civil Procedure 12.

Defendants' motion is made on the following grounds:

1. Plainitff's complaint is untimely under the statute of limitations; and

2. Plaintiff fails to state a plausible claim for relief under Title II of the Americans with Disabilities Act by failing to state he is qualified individual with a disability, precluded from participation from a public entities' services, and that such exclusion was because of his disability.

---
1
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT
4875-2979-7774, v. 1

1

2   Dated:   November 29, 2023                    PORTER SCOTT
3                                                 A PROFESSIONAL CORPORATION
4
5                                                 By:    /s/ *William E. Camy*
                                                         William E. Camy
6                                                        Matthew W. Gross
7                                                        Attorneys for Defendant
                                                         COUNTY OF BUTTE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASE NAME:** *Mitchum v. Butte County, et al.*
**CASE NO.:** *Eastern District of CA Case No. 2:22-cv-02313*

## PROOF OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 500, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

| | |
|---|---|
| XX | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. ☐ Certified Mail/Return Receipt Requested, Article # |
| | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:

*Pro Per*
Michael Mitchum, Jr.
1027 Sierra Avenue
Oroville, CA 95965

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on November 29, 2023.

*Kristena Champlin*
Kristena Champlin