UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR., <br><br> Plaintiff, <br><br> v. <br><br> HAL BROOKS, et al., <br><br> Defendants. | No. 2:22-cv-2313 DAD CKD P <br><br><br> ORDER |

On November 29, 2023, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion to dismiss. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). The hearing set for January 31, 2024, on defendants' motion to dismiss is vacated and will be reset, if necessary, after the motion to dismiss is fully briefed.

Dated: January 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mitc2313.46osc