Michael E. Mitchum Jr.
to Blakeslee
Oroville, Ca. 95966

United States District Courts,
Eastern Dist. of California

Michael E. Mitchum
Plaintiff
vs.

Butte Co. Sheriff Honea,
and the County of
Butte.

Case no: 2:22-cv-2313-
CKD → DAD-AC

Re: Response.

**FILED**
MAR 13 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

With all due respect, plaintiff only means of staying abreast of all legal filing has been through googling case no. due to being denied by this Court for E-filing.

Plaintiff read that the judges orders were vacated due to defendants misfiling their motion to dismiss to the wrong judge. From plaintiffs understanding defendants filed motion to dismiss to Federal judge rather ~~than~~ than to magistrate judge.

P.1 of 2

Michael E. Mitchum Jr.
Oakeslee dr.
Oroville, Ca. 95966

United States Dist. Courts
Eastern Dist. of California

| | |
|---|---|
| Michael E. Mitchum Jr. Plaintiff | Case no: 2:22-cv-2313-CKD-DAD-PC |
| vs. | |
| Butte Co. sheriff Honea, and the County of Butte | |

cont. Plaintiff had read this and only assumed that the defendants motion to dismiss was dismissed, and was not aware that a response by the plaintiff was necessary to file to oppose defendants motion to dismiss when the court dismissed or denied defendants motion to dismiss.
Thereby leaving plaintiff at a loss as how to proceed.

Respectfully
Michael Mitchum Jr.

P.2 of 2