UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR.,<br><br>Plaintiff,<br><br>v.<br><br>KORY HONEA, et al.,<br><br>Defendants. | No. 2:22-cv-2313 DAD CKD P<br><br><br><br>ORDER |

Plaintiff has filed a document the court construes as a request for an extension of time to file an opposition to defendants' pending motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition or statement of non-opposition to defendants' pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed.

3. The court's February 20, 2024, findings and recommendations are vacated.

Dated: March 18, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/will1230.36