Michael Mitchum Jr. #166925
7 Gillick Way
Oroville, Ca. 95965

FILED
APR 15 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

United States District Court
For the Eastern District of Ca.

Michael Ernest Mitchum Jr
Plaintiff,
        v.
Kory Honea, et. al.,
        Defendants

No. 2:22-cv-2313 DAD CKD P

RE: Plaintiffs "Opposition to Defendants motion to Dismiss" plaintiffs complaint.

    Respectfully, in opposition to defendants motion to dismiss plaintiffs complaint regarding the federal ADA (Americans with Disability Act) of 1990 three prong criteria, and definition of a "Qualified Person" that falls under the rights secured within the ADA...

    Plaintiff first wishes to elucidate the fact that the defendants "motion to dismiss" only mentions, and attempts to argue that plaintiff has not satisfied the <u>first</u> (2) "two" out of (3) "<u>three</u>" prongs criteria within the statute.

    Plaintiff thereby strongly feels the court must conclude and find, through defendants default in failing to argue plaintiff meeting the third prong criteria, defendants "admit" to plaintiff being regarded as having such an impairment......

    Nevertheless, plaintiff wishes to be heard with respect to the ADA of 1990's second and third prong "Qualified Person" criteria.

page (1) of (3)

Plaintiff's complaint contains a section titled "Statement of Facts" which includes an exchange of documents \ communication between the plaintiff and Butte County sheriff's Jail administration in the form of ADA (Americans with Disabilities Act) violation issues that plaintiff addressed in administrative grievances. Butte County Sheriff's Jail administration provided plaintiff with ADA (Americans with Disabilities Act) accomodated grievance resolutions.

Plaintiff firmly believes such exchanges satisfies ADA 1990's third prong criteria.

Plaintiff's "Statement of Facts" within his complaint also asserts how he provided to Butte County sheriff's Jail Medical department with "documented ADA history" pursuant to their "requirement" prior to authorizing ADA accomodations, and medical ADA chronos (i.e. Walking cane, lower tier housing, lower bunk, no stairs, ADA shower chair, wheelchair ussage, etc.).

The fact that Butte County Sheriff's Jail medical department provide(s) plaintiff all the aforementioned ADA accomodation chronos _alone_, reflects plaintiff providing Jail medical department a record of plaintiff's documented ADA history, meeting the second prong within the federal ADA of 1990.

Plaintiff addresses defendants claim that plaintiff exceeded time limitations to file his complaint.

Plaintiff is, and has been subjected to the same factual situation \ conditions of confinement to which his injuries have continuously arose (derived) from. No handrails in showers, or around toilet in the areas the jail houses the plaintiff since 2018.

The last injury that requires surgery plaintiff acquired due to no ADA handrails in the showers plaintiffs' complaint addressed was filed well within time limitations.

The acquired injury, the filing & exhaustion of administrative grievance, the filing & denial of plaintiffs' "claim for damages", and lastly, plaintiff's filing of 42 U.S.C. §1983 civil complaint were all filed in the year of 2022.

With that said plaintiff respectfully concludes this opposition to defendants' "Motion to dismiss".

Date: April 11th, 2024.

Humbly,
Michael Ernest Mitchum Jr.
Michael Ernest W. Mitchum Jr.
plaintiff