Michael Ernest Mitchum #166925
7 Gillick Way
Oroville, Ca. 95965

United States District Courts, Eastern District of California

Michael Ernest Mitchum Jr.
Plaintiff

vs.

Kory L. Honea et. al.
Defendants

Case no. 2:22-cv-02313-DAD-CKD

Re: Plaintiff's inquiry whether the Court rec. his response to Deffendant's Motion to dismiss complaint, and Plaintiff's request for leave to make 1st amended complaint.

Plaintiff mailed \ legally filed his response to defendants (In the above case number) 'Motion to Dismiss' complaint on April 11th, 2024 to the Office of the Clerk, of the United States District Courts, Eastern District of California.

Plaintiff has not received any form of confirmation with regards to the court having received his filing, and wishes to inquire about said matter in this present communication \ filing.....

Lastly, Plaintiff humbly requests for the Court to allow him (30) thirty days leave to amend his complaint.

With that said Plaintiff excuses

Page # 1 of 2

1. — himself respectfully.
2. Date: April 22nd, 2024.
3.
4. Respectfully,
5.
6. Michael Ernest Mitchum Jr.
7. Plaintiff
8. Signature x Michael Ernest Mitchum Jr.