Michael Ernest Mitchum Jr. #166925
Oroville, California 95965
(PRO PER)

# United States District Courts
# Eastern District of California

Michael Ernest Mitchum Jr.,
PLAINTIFF,

vs

Butte County Sheriff Kory Honea;

County of Butte,
DEFENDANTS,

Case no.: 2:22-CV-02313-DAD-CKD

RE: Plaintiff's 'Response' to Defendant Butte County's 'Reply' to Plaintiff's 'OPPOSITION' to Defendant's 'Motion to Dismiss' Plaintiff's Complaint, and Plaintiff Withdrawls request to Amend Compl.

Compl. Filed: 12/29/2022

**FILED**
MAY 03 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## I. INTRODUCTION

Plaintiff wishes to address a few matters respectfully before the court. First, Plaintiff has chosen to reconsider, and withdrawl his request for (30) day leave to amend his complaint for the simple fact to prolong these issue(s) are to prolong the conditions of his confinement that violate the ADA of 1990, his civil rights, and continue the suffering of it's impact, aswell as the lingering threat of acquiring more potential injuries.

Secondly, Plaintiff received Defendant's "REPLY" to his "OPPOSITION" to Defendant's "Motion to Dismiss" Plaintiff's 42 U.S.C. §1983 complaint on April 25th, 2024.

Defendants plainly assert "......It is Plaintiff's "Burden" to satisfy every element at the pleading stage......"

Plaintiff apologizes to the court, and legal team of Defendants for the apparent 'confusion' caused in his efforts to express himself adequately, and legally. Hence appreciates indulging him, and his whole-

page (1) of (9)

-hearted attempt, <u>and</u> methods to satisfy every element the Defendant's address in their "REPLY". Starting with Defendant's:

## II. LEGAL ARGUMENT

A. PLAINTIFF FAILS TO PLEAD A CLAIM THAT HE WAS A QUALIFIED PERSON.

Plaintiff's Response: The aforementioned section, page #2, lines 7-12 ..... Defendant's use of terminology, and grammer articulation insinuates <u>NOT</u>, that the Jail's medical department standards of accreditating inmates as ADA (Americans with Disability Act) <u>DOES NOT</u> adhere to the same (3) prongs in ADA of 1990, <u>OR</u> that the Butte County's Sheriff's Jail medical department <u>DOES NOT</u> 'require' that an inmate provide them an ADA documented history that meets the ADA (3) prong definition of a "qualified individual" <u>PRIOR</u> to providing, <u>and</u> authorizing ADA accomodations to the inmate.

<u>Rather</u>, Defendants assert that Plaintiff has <u>NOT</u> presented "factual" evidence \ argument(s) sufficient to satisfy all elements his "complaint", and "OPPOSITION" alleges. More specifically..... '[Plaintiff] being regarded as having such an impairment...' [by the Jail's administration, and the jail's medical department]. Please refer to page #8, ATTACHMENT (A) front-side, and heed all circled areas #1 through #16, and then flip over to ATTACHMENT (A) back-side, and heed all circled areas #1-3. The 'content', and 'date' of such, Plaintiff strongly believes all relevant elements within the (3) prong ADA of 1990 definition of a "Qualified Individual" have been at least satisfied \ met to the degree to which the spirit of the intentions behind the framework of the amendment in 2008 of the ADA of 1990, respectfully shifts the 'burden' back to the [Defendants] 'government agency' that <u>presently</u> have allegation(s) of 'Discrimination' against person(s)

— with Disabilities. Plaintiff also hopes that his attempting factual arguments is sufficient enough for the court to respectfully find any other attempts by the Defendants to prolong a jury trial should be matter(s) for a jury to decide.

Furthermore Plaintiff strongly believes that Defendant's own "employed medical professional's" terminology is enough to clear any dought created by Defendant's legal attorney's wording within their 'Motion to Dismiss', and "REPLY" to Plaintiff's "OPPOSITION". Please note "ATTACHMENT (A) front-side circled areas #9 and #10 where the box labeled "Shower chair \ ADA shower" is checked, and the box labled "Grab Bars", is NOT checked.

Plaintiff now address Defendants:

## II. LEGAL ARGUMENT

(B.) Plaintiff fails to plead a claim that he was Disciminated against.....'Because of his Disability'.

Plaintiff's Response: An Inmate in the custody of Butte County Jail, who Showers in a NON-ADA accomodated shower, or uses Jail restroom facilities that are NOT ADA accomodated is considered as enjoying the services, programs, etc. that he\she is entitled to by Law, AND to which a government agency\entity by Law must provide to him\her.

Now a Jail [medically accredited] ADA-mobilility impaired inmate, who is left with no other choice but to shower, and\or use restroom facilities that ARE NOT equipped with ADA accomodations [As the Plaintiff is made to suffer this reality daily, as these words are written right now.] he\she is "forced" to place themselves in dangerous\ potentially harmful situations EACH time they shower

— and use the restroom facilities ...... BECAUSE OF THEIR DISABILITY'. This condition of an ADA inmate's confinement [Plaintiff whole heartedly believes on every personal \ private level] constitutes a FACTUAL inhumane subjection of a cruel and unusual form of punishment. This is what DISCRIMINATION BECAUSE OF HIS\HER DISABILITY means, since inmates without a disability of mobility impairment DO NOT suffer the same constant threat and humiliation, etc. each time they shower or use the restroom. To house a mobility impaired inmate in a housing Jail area that does NOT accomodate their physical disability with ADA SHOWERS [At the barest minimum, 'grab bars'], or ADA restroom facilities with, at the barest minimum, 'grab bars'...... I'm sorry, but contrary to what appears as the most popular belief amongst the Defendants [Butte County, and a branch of local government agency, Butte County's Sheriff], and their prominently pristigous legal counsel, this is NOT considered affording an ADA accredited Jail inmate the services, and programs they are entitled to, by Law.

   Any confusion that remains despite Plaintiff's efforts to adequatley plead facts showing he was denied the benefits of a shower or toilet with grab bars\ handrails by reason of his disability, Plaintiff feels inadequate in his ability to perform at the legal standard that the Defendant's attorneys are holding him to. Plaintiff is imbarrassed to admit, the highest grade he graduated from was Sixth grade, and once again request for the court to please reconsider his request for legal counsel. Especially in light of state bar

— certified legal attorney's requiring Plaintiff to break down the legal definitions of statutes, and the thorough legal application pertaining to the factual circumstances Plaintiff has experienced. All without a copy of Plaintiff's original complaint, a copy of Defendants 'Motion to dismiss', a legal dictionary [Or any dictionary for that matter], or without the benefit of using the Law library despite all the 'requests' and even grievance that Plaintiff had to file and only managed to go one time in over a month and a half......
Plaintiff address: Defendats Last .....

## II. LEGAL ARGUMENT

C. Plaintiff's Claim is Time Barred.

Plaintiff's Response: As Defendants state ..... Plaintiff's complaint contains the following dates: December 26th, 2019. December 27th, 2019, and Lastly, [The date we can refer to as 'the straw that broke the cammel's back.] June 3rd, 2022. "Strangely" Defendants always forget this last date, despite Plaintiff's entire last portion of his "OPPOSITION" Clearly and quite pointedly describes how he once again slipped and acquired yet another injury as a result of NO grab bars\handrails in shower, and the June 3rd, 2022. incident resulted in Plaintiff suffering a torn right bicept that requires surgery. Plaintiff actually filed grievances, filed claims, had each claim denied all within (6) six months after each date that he suffered an injury.

After the filing of the last claim in 2022, enough was enough for the plaintiff, and plaintiff then

→ wrote to Butte County's 'board of Risk managment', requested, and received copies of all past claims and joined last (3) claims together due to all claims (And injuries) were a result of being housed in an area of the jail where NO GRAB BARS\HANDRAILS were in any shower, or around any toilet areas, and filed a 42 U.S.C. §1983 complaint.

    Please refer to page '9', ATTACHMENT (B) and with respect, need circled areas at which point plaintiff hopes is sufficient enough factual basis to not only help defendants, and their legal counsel remember 'the straw that broke the cammels back' date of June 3rd, 2022, but that plaintiff has provided sufficient factual arguments that shows and reflects all alleged dates, and injuries arose from the same factual condition of confinment, and ADA violation which he still endures to date. Although now, as a precautionary measure Plaintiff has attempted to remedy the danger he faces by\50....... By only showering every other day.

## Conclusion

    Plaintiff only asks the court respectfully, that should the Court find Plaintiff has adequately presented pursuasive arguments to overcome Defendants efforts to prolong trial and justice, that he then be allowed to waive any other phase that will only serve to prolong these proceedings, and waste tax payers

— hard-earned dollars, and let it be noted that Plaintiff is ready to set trial date, and pick jury.

With that said Plaintiff excuses himself respectfully.

Date: 4\30\24

Humble departures,

Michael Ernest Mitchum Jr.

*/s/ Michael Ernest Mitchum Jr.*

page (7) of (9)

#1 CSI = ATTACHEMENT (A) FRONT-SIDE =

# Medical Treatment Order for Patient Housing

**MICHAEL E MITCHUM #24-001745**

Inmate ID: 166925
DOB: 07/09/1978
Interviewer: RN Chioco, Cheryl G (03/21/2024 0635)

| Start date | | |
|---|---|---|
| End date | | |
| #2 *This form is used to notify custody of patients special needs and accommodations. | | |
| #3 Condition/Disability: | ☐ Vision Impaired<br>☐ Hearing Impaired<br>☐ Speech Impaired<br>☐ Learning Disability<br>#4 ☑ **Mobility Impairment**<br>☐ Seizure Condition<br>☐ Pregnancy<br>☐ Drug/Alcohol Withdrawal<br>☐ Physical Limitation (describe limits):<br>☐ Other (specify): | |
| #5 Treatment/Accommodation/Housing Order: | #6 ☑ **Lower Tier**<br>#7 ☑ **Lower Bunk**<br>☐ Single Cell<br>☐ Extra Mattress<br>☐ Extra Blanket<br>☐ CPAP Device<br>#8 ☑ **Cane**<br>☐ Crutches<br>☐ Walker<br>☐ Wheel Chair Full Time<br>☐ Wheel Chair Part Time/Out Of Unit<br>☐ Orthotic or Personal Shoes<br>☐ Prosthesis<br>☐ House is ADA Cell<br>#9 ☑ **Shower Chair/ADA Shower**<br>#10 ☐ Grab Bars<br>☐ Infirmary/OPHU Level Care Housing<br>☐ Daily Changes of Clothing/Linens<br>☐ Negative Pressure Room<br>☐ Other: (specify): | |
| Alert: | ☐ Patient identified has exhibited characteristics of being a potential target for victimization<br>☐ Patient identified has exhibited characteristics of predatory behavior | |
| #11 Reason for above: | #12 Impaired mobility, BLE weakness | |
| #13 Name of Medical Provider: | #14 R. Rayome PA | |
| Name of Nurse: | #15 Chioco RN | 03/20/2024 |
| Who was notified on the Correctional Staff? | #16 Jo? | |
| How were they notified? | in person | |

page (8) of (9)

ATTACHMENT (A) back side

#1 **Form Folder and Number: Clinic Form CF10.0**
**Form Owner: Karina Purcell**
**Accreditation: ADA**
#2 **Active** **Last Revision Date: February 4, 2020** R. CA

#3



ATTACHMENT (B) front-side

#1 **MICHAEL E MITCHUM**

#24-001745

#2 Chronic Care, ADA/Special Needs

Sex: Male
DOB: 07/09/1978 (Age 45)
Height: 5ft 9in
SSN: 612031995
Agency: BUTTE COUNTY JAIL
Location: CPOD C51
Inmate ID: 166925
Allergies: NKMA

Problems
Problems

## Problems

#3 **Open Problems**

#4 Opened 03/30/2022 2255
LVN Hanson, Josephine

#5 MTO: Medical Equipment (specify in notes) - Shower Chair     #6 Since 03/30/2022
Related Records
Sick Calls:
- 06/03/2022 - inmate reports "slipping in a shower"

Tasks: (none)

Medical Notes
- Expires 03/09/2024 [03/09/2023 2042]

Opened 05/26/2021 0842
HSA Foster, Tarah

MTO: Cane
Related Records     #7
Sick Calls: (none)
Tasks: (none)

Medical Notes
- Given [03/22/2022 1028]

Opened 05/26/2021 0842
HSA Foster, Tarah

#8 MTO: Lower Bunk and Lower Tier - No Stairs
Related Records
Sick Calls: (none)
Tasks: (none)

Medical Notes: (none)

Opened 02/06/2020 1128
RN Rai, Harjot

MTO: Extra Mattress
Related Records
Sick Calls: (none)
Tasks: (none)

Medical Notes: (none)

Opened 10/14/2019 0957
PA Rayome, Ryan

#9 E03.9 Hypothyroidism, unspecified *Chronic*   Since 10/14/2019
Related Records
Sick Calls:
- 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,...

Tasks: (none)

Medical Notes: (none)

#10 Opened 10/14/2019 0957

#11 I10 Essential (primary) hypertension *Chronic*   Since 10/14/2019
Related Records     Medical Notes

1 of 3

page (9) of (9)

3/21/2024, 3:44 AM

| | | |
|---|---|---|
| PA Rayome, Ryan | **Sick Calls:**<br>• 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,...<br>**Tasks:**<br>(none) | (none) |

| | | |
|---|---|---|
| **Opened**<br>10/14/2019 0956<br>PA Rayome, Ryan | E78.5 Hyperlipidemia, unspecified *Chronic* | |
| | **Related Records**<br>**Sick Calls:**<br>• 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,...<br>**Tasks:**<br>(none) | **Medical Notes**<br>(none) |

| | | |
|---|---|---|
| **Opened**<br>10/08/2019 0142<br>RN Atkinson, Tanya | MTO: Diet/Medical: Cardiac Diet/Low Sodium Diet   Since 10/08/2019 | |
| | **Related Records**<br>**Sick Calls:**<br>• 10/08/2019 - Intake<br>**Tasks:**<br>(none) | **Medical Notes**<br>(none) |

## Closed Problems

| | | |
|---|---|---|
| **Opened**<br>02/06/2020 1409<br>RN Rai, Harjot<br><br>**Closed**<br>05/25/2021 1625<br>LVN Hendricks, Amanda | MTO: Wheelchair part time/out of unit | |
| | **Related Records**<br>**Sick Calls:**<br>(none)<br>**Tasks:**<br>(none) | **Medical Notes**<br>(none) |

| | | |
|---|---|---|
| **Opened**<br>10/08/2019 0139<br>RN Atkinson, Tanya<br><br>**Closed**<br>10/29/2019 1811<br>LVN Klotz, Jessyca | MTO: Lower Bunk and Lower Tier   Since 10/08/2019 | |
| | **Related Records**<br>**Sick Calls:**<br>• 10/08/2019 - Intake<br>**Tasks:**<br>(none) | **Medical Notes**<br>(none) |

| | | |
|---|---|---|
| **Opened**<br>10/08/2019 0139<br>RN Atkinson, Tanya<br><br>**Closed**<br>02/04/2020 0850<br>PA Rayome, Ryan | MTO: Cane   Since 10/08/2019 | |
| | **Related Records**<br>**Sick Calls:**<br>• 10/08/2019 - Intake<br>**Tasks:**<br>(none) | **Medical Notes**<br>(none) |

| | | |
|---|---|---|
| **Opened**<br>07/14/2019 1051<br>PA Asafa, Olusola<br><br>**Closed**<br>01/15/2020 0915<br>RN Thompson, Andrea | K04.7 Periapical abscess without sinus | |
| | **Related Records**<br>**Sick Calls:**<br>• 07/14/2019 - c/o dental pain<br>**Tasks:**<br>(none) | **Medical Notes**<br>(none) |