Michael Ernest Mitchum #166425
7 Gillick Way
Oroville, Ca. 95965

FILED
JUL 03 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1. United States District Courts,
2. Eastern District of California

3. Michael Ernest Mitchum Jr.
   PLAINTIF
4.         v.                         Case no. 2:22-cv-02313-DAD-CKD
5. Butte County Sheriff Kory Honea,
6. and The County of Butte.           Re: Disability Condition, background information / AFFIDAVIT.
7.
8.                                    Cmplt. filing date Dec 29th, 2022

9.     Plaintiff was accredited ADA (Americans with
10. Disability Act) by the California Department of Correct-
11. -ions and Rehabilitations Medical department in Dual
12. Vocational Institution - Tracy, in the year of 2016.
13. (I believe around Nov\Dec.)
14.     When Plaintiff's knee condition(s) (For both of
15. Plaintiff's knees Suffer from what is refered to as
16. 'Medial compartment osteoarthritis' of the knee.) had
17. developed to an extent of causing him to walk with a
18. pronounced limp, D.V.I.-Tracy medical took X-rays,
19. began a treatment of physical therapy, even trans-
20. -ported Plaintiff to a Surgical clinic located in Pinole,
21. California, to receive Steroid (hydrocortisone) injection
22. which due to the state of progressive knee joint
23. deficiency only provided relief for (2) two days.
24.     August Second of 2017, Plaintif had an M.R.I.
25. exam of his right knee (Which at the time was the
26. less painful of his two knees), and besides for torn
27. meniscus in the right knee, the conclusionary result
28. of the M.R.I. ammounted to the scheduling of

pg #1

1. — knee surgery for Plaintiff's right knee, and
2. a scheduling of an M.R.I. exam of Plaintiff's
3. left knee.
4.      Plaintiff was informed by medical physician
5. in D.V.I.-Tracy that his knees were in such a
6. condition that was equilivant to the knees of
7. a 65 year old.
8.      Plaintiff was released from prison August 28th,
9. 2017. Upon release, and discussing "Disability" at the
10. Social Security office in Oroville California, the
11. interviewer informed plaintiff that all relevant
12. medical condition claim treatment will not wouldn't
13. be to accepted, and that Plaintiff would have to
14. start entire medical treatment plan through a
15. medical department within Butte County, and then
16. present the findings to Butte County's Social
17. Security department for consideration of Disability
18. benefits. So as plaintiff began scheduling app-
19. -ointments w/ "Northern Valley Indian Health" in Chico,
20. California, (And later with "Feather River Tribal
21. Health" in Oroville California.) the doctors again
22. informed plaintiff that all previous medical treat-
23. -ment history would have to be re-established
24. starting from the beginning inorder to support
25. another M.R.I. examination, and a medical order
26. for surgery.
27.      In the process of initiating the steps to
28. start the entire process over, plaintiff

pg #2

1. — began to miss scheduled appointments to
2. see the medical doctor due to what seems like
3. a constant revolving door affect with regards
4. to continuously being incarcerated in Butte
5. Co. Jail, where medical department does not
6. approve physical therapy, steroid injections,
7. M.R.I.'s, or Surgery.
8.     In 2018, Plaintiff was required to produce a
9. documented history of his disability at which time
10. Plaintiff's wife emailed him a copy of the M.R.I.
11. examination findings from California Department
12. of Corrections and Rehabilitations, Duel Vocational
13. Institutions medical department, aswell as D.V.I.-
14. Tracys Medical order for surgery, and medical
15. documentation accrediting Plaintiff ADA status,
16. and list of ADA accomodations. As a result Plaintiff
17. forwarded the emails & documents that his wife
18. mailed him to Butte Countys Jail Medical personell
19. which then provided him ADA accomodated chronos,
20. and accredited him active ADA-inmate status.
21.     To present date, not only has plaintiff not been
22. able to ~~fee~~ re-establish the required medical
23. treatment record through a medical department in
24. Butte Co. but has not had any surgeries. for
25. several years plaintif's thyroid deficiency has
26. increased, and has struggled to drop his weight
27. under 300 lbs. Plaintiff presently weighs
28. 315 lbs. His knee conditions have escalated to

pg #3

1. — to the extent that plaintif's left hip, and
2. right ankle have developed into painful problemat-
3. -ic areas due to "over-compensating" for the long
4. term burden of weight (constantly over 300 lbs.)
5. "shifting" created by the bone on bone knee defic-
6. -iency deteriation condition that only surgery now
7. has been prescribed to remedy. Even the Jail
8. medical administration has taken the matter of
9. plaintif's progressive knee condition, and the impact
10. of such into their own hands, by "revising"
11. plaintif's ADA-accomodation list to include ADA-
12. -"wheelchair" ussage (part time). The date Jail
13. medical revised medical treatment ADA order for
14. wheelchair ussage dates all the way back to
15. Feb. 4th, 2020. Please refer to page #___, ATTACHEMENT
16. 'A' - Backside, and heed all relevant circled
17. areas #1-#3, and ATTACHEMENT 'A' Front-side circled areas (1)and(2).
18.     Truth of the matter is, Plaintiff's "need" of
19. ADA wheelchair ussage exceeds his need _not_ to
20. use it, and the amount that Jail medical ADA-
21. wheelchair accomodation chrono authorizes. How-
22. -ever, no areas to which the Jail has housed
23. plaintiff is equipped with wheelchair access showers
24. since his accreditation of ADA-status. (2018)
25.     Plaintiff, and his wife are, and have been
26. in the midst of a divorce, and are no longer
27. eachother's support system(s).
28.     Therefore plaintiff has been recently

pg#4

→ asserting due diligence in light of the defendant's point of matter in question regarding plaintiff's failure to state mobility impairment condition. It wasn't until plaintiff read in defendants' `Motion to Dismiss` plaintiff's complaint, where they went as far as to mention that plaintiff had not even asserted whether his disability is "temporary" or "permenant", that I began suspecting there was going to be dificulties in 'obtaining' my own medical file, or specific ADA-related documentation from my jail medical file using the only means by which the defendants jails administration provide plaintiff.

    Please refer to the following documented efforts by the plaintiff, and more specifically heed the fact that defendants employed Jail deputy Sgt. Foster whose wife Tara Foster is the Jail's Wellpath medical program manager, inserts himself, obstructing plaintiff's ability access to his medical care providers, receiving a copy of his confidential Medical File, and even going as far as to requesting to know what medical confidential documents that plaintiff wishes copies of, all in violation of H.I.P.P.A. confidentiality provisions. deputy Sgt Foster is NOT medical personel, period.

    And these are the hardships plaintiff is

pg#5

1. faced with, daily. I have dental ~~aegit~~
2. gross negligent care problems affecting my
3. concentration from the agony I'm forced
4. to endure presently, and only afforded
5. (2) hours a day out of my cell due to being on
6. disciplinary "quadrant" program for an incident
7. occuring practically a year ago that had
8. absolutely no association with plaintiff, nor
9. plaintiff's housing classification group.
10. Plaintiff also, must carry\drag ADA-
11. shower chair accomodation to, and from the
12. shower that has no wheelchair access,
13. each time he wishes to shower, and thats
14. with the aid of his ada-walking cane.
15.
16.
17. page #10, ATTACHEMENT 'B' is a medical request
18. form that I used to once again request my
19. ADA documented history. Medical well-path
20. pill passer attempted to just scribble a signature
21. (unreadable), without writing time or date, so I
22. had to yell after her what her name was, which
23. her reply was 'yvette'. I marked time, date,
24. and deputy escorting her.
25.
26. page #11, ATTACHEMENT 'C' is a inmate req-
27. -uest form I coppied word from word from
28. inmate 'Rodney Mills' inmate request form

pg #6

1. to whom does not have any civil litigation
2. matters in Pro se active, or ongoing, yet he
3. received his entire medical file within (2)
4. days of his inmate request.
5.     To this present date plaintiff has still not
6. received a 'response' to this request, let alone
7. a copy of my file.
8.
9.     page #12, ATTACHEMENT 'D', is a copy of
10. inmate 'Rodney Mills' request form, and the
11. Jail's response to his request, just (2) days
12. before mine.
13.
14.     page #13, ATTACHEMENT 'E' is a copy
15. of my Butte County Jail administrative
16. grievance log no. 24-0536 that I clearly
17. mark & address to 'Medical', and someone
18. else marked 'cc Medical' at which point
19. any non-medical Jail employee knows to just
20. forward it to the Jail's Medical department.
21.
22.     page #14, ATTACHEMENT 'F' is a copy of
23. non-medical ~~jail~~ defendants Jail deputy
24. Seargant Foster's display of his calous
25. disregard for plaintiff's due process rights,
26. medical doctor-patient confidentiality, and
27. H.I.P.P.A. right plaintiff has regarding access
28. to my own medical file, or right to

1. medical file content confidentiality. Plaintiff
2. strongly believes defendants will only allow
3. plaintiff access to aforementioned medical
4. documents, if forced to comply with dis-
5. -covery.
6.
7.     pages #15-17, ATTACHEMENT 'G' (1)-(3) is
8. plaintiff's 'AFFIDAVIT'.
9.
10.     With that said plaintiff excuses
11. himself respectfully. plaintiff was going to
12. include the Jails' denial of plaintif's request
13. for the Jails free notory services as
14. stipulated in the Jail rule book but believes
15. the Court hopefully shall need no more
16. examples of the constant struggles plainti(ff)
17. forced to journey through.
18.
19. Date: June 30th, 2024.
20.     Humble Departures
21.
22. Michael Ernest Mitchum Jr.
23.
24. *Michael Ernest Mitchum Jr*
25.
26.
27.

pg #8

# Medical Treatment Order for Patient Housing

| | |
|---|---|
| Inmate ID: | 166925 |
| DOB: | 07/09/1978 |
| Interviewer: | RN Chioco, Cheryl G (03/20/2024 2335) |

**MICHAEL E MITCHUM**
**#24-001745**

*ATTACHEMENT A*
*Front-side*

| | | |
|---|---|---|
| Start date | | 03/20/2024 |
| End date | | 03/20/2025 |

*This form is used to notify custody of patients special needs and accommodations.

| | |
|---|---|
| Condition/Disability: | ☐ Vision Impaired<br>☐ Hearing Impaired<br>☐ Speech Impaired<br>☐ Learning Disability<br>☑ **Mobility Impairment**<br>☐ Seizure Condition<br>☐ Pregnancy<br>☐ Drug/Alcohol Withdrawal<br>☐ Physical Limitation (describe limits):<br>☐ Other (specify): |
| Treatment/Accommodation/Housing Order: | ☑ **Lower Tier**<br>☑ **Lower Bunk**<br>☐ Single Cell<br>☐ Extra Mattress<br>☐ Extra Blanket<br>☐ CPAP Device<br>☑ **Cane**<br>☐ Crutches<br>☐ Walker<br>☐ Wheel Chair Full Time<br>☑ **Wheel Chair Part Time/Out Of Unit**<br>☐ Orthotic or Personal Shoes<br>☐ Prosthesis<br>☐ House is ADA Cell<br>☐ Shower Chair/ADA Shower<br>☐ Grab Bars<br>☐ Infirmary/OPHU Level Care Housing<br>☐ Daily Changes of Clothing/Linens<br>☐ Negative Pressure Room<br>☐ Other: (specify): |
| Alert: | ☐ Patient identified has exhibited characteristics of being a potential target for victimization<br>☐ Patient identified has exhibited characteristics of predatory behavior |
| Reason for above: | Mobility problems |
| Name of Medical Provider: | R Rayome PA |
| Name of Nurse: | Cchioco RN    03/20/2024 |
| Who was notified on the Correctional Staff? | J67 |
| How were they notified? | in person |

Attachment B

*Wellpath pill passer evette/yvette (?) picked up & signed Sat, June 29 @ 5:06 am. Dep. Meline escorted her.*

# BUTTE COUNTY JAIL
## INMATE SICK CALL REQUEST SLIP

INMATE'S NAME: Mitchum                HOUSING UNIT: C-51

DATE OF BIRTH: 7-9-78                 ID NUMBER: 166925

PROBLEM/REASON FOR REQUEST: I'm requesting documented (ADA) history consisting of M.R.I. Results, D.V.I. Tracy medical ADA accreditation papers and documents scheduling my right knee surgery.... All were submitted by me in Jan./Feb. of 2018 which was required by B.C. Jails medical dept prior to providing ADA accreditation & accommodations. All documents are via California Department of Corrections & Rehabilitations medical papers from D.V.I.-Tracy medical department. Thank you.

INMATE'S SIGNATURE: Michael Mitchum           DATE: 6-28-24

I understand that $3.00 may be removed from my inmate commissary account for services provided by medical. Medical staff will decide at the time the services are provided if you will be charged or not.

RECEIVED BY _____   DATE: __/__/__   TIME: _____

*Page 1 of 10*

Wellpath / Contractor / Business Associate ATTACHMENT "C"

## BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INMATE REQUEST FORM

| INMATE'S NAME: (Last/First) Mitchum, Michael | IID#: 166925 | HOUSING: C-51 | DATE: 6-6-24 |

**REQUEST:**
- ☐ INFORMATION*
- ☐ GRIEVANCE FORM
- ☒ WRIT OF HABES CORPUS
- ☒ RELEASE DATE
- ☒ SHERIFF'S PAROLE APPLICATION
- ☐ ALTERNATIVE CUSTODY SUPERVISION
- ☐ WORK/SCHOOL FURLOUGH
- ☒ SHERIFF'S WORK ALTERNATIVE PROGRAM
- ☐ HOLDS/WARRANTS
- ☐ 1381 PC FORM
- ☐ UNSCHEDULED TELEPHONE USE*
- ☐ INMATE ACCOUNT BALANCE
- ☐ COURT DATE
- ☐ PASS*
- ☐ OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:** Business Associate Addenum\Obligations and Activities of Business Associate - Section (e) Make Protected Health information in a designated record set available to the individual who is the subject of the protected health information.

With that said I would like all records at BCJ, Responses to grievances, all sick call slips whether pending active\inactive. All my records p/s.

✱ FN: JBCT Program Pay on annual supply and Replenishment cost ~~reimburst~~ reimbursement for up to $10,000.00 dollars. - office supplies, notebooks, folders, printers, printer ink, etc.

**INMATE'S SIGNATURE:** Michael Mitchum
**RECEIVED BY: HOUSING OFFICER'S INITIALS:** 41

**RESPONSE::**

**OFFICER'S NAME:**
**RECEIVED BY: INMATE'S SIGNATURE**

DISTRIBUTION: White-Inmate File, Pink-Inmate

page #11

J-111 7/99

Wellpath/Contractor/Business Associate

ATTACHMENT D

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### INMATE REQUEST FORM

| INMATE'S NAME: (Last/First) Mills, Rodney | IID#: 126259 | HOUSING: C-64 | DATE: 6/4/24 |
|---|---|---|---|

**REQUEST:**
- ☐ INFORMATION*
- ☐ GRIEVANCE FORM
- ☐ WRIT OF HABES CORPUS
- ☐ RELEASE DATE
- ☐ SHERIFF'S PAROLE APPLICATION
- ☐ ALTERNATIVE CUSTODY SUPERVISION
- ☐ WORK/SCHOOL FURLOUGH
- ☐ SHERIFF'S WORK ALTERNATIVE PROGRAM
- ☐ HOLDS/WARRANTS
- ☐ 1381 PC FORM
- ☐ UNSCHEDULED TELEPHONE USE*
- ☐ INMATE ACCOUNT BALANCE
- ☐ COURT DATE
- ☐ PASS*
- ☐ OTHER*
- ☒ 
* DESCRIBE IN INFORMATION SECTION

**INFORMATION:** Business Associate Addendum / Obligations and Activities of Business Associate - Section (e) make Protected Health information in a designated record set available to the individual who is the subject of the protected Health information. With that said I would like all Records at BCJ. Responses to grievances. All Sick call slips, whether pending or active or not. All my records please. Also I BCT Program pay an annual Supply and Replenishment cost reimbursement for up to 10,000 Dollars. - office Supplies, note Books, folder, printer ink, ect.

**INMATE'S SIGNATURE:** Rodney Mills

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** 94

**RESPONSE::** You will be provided with your records from your Medical file

**OFFICER'S NAME:**
**RECEIVED BY: INMATE'S SIGNATURE**

DISTRIBUTION: White-Inmate File, Pink-Inmate

J-111 7/99

page 12

ATTACHEMENT E

medical                                                     CC. medical

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INMATE GRIEVANCE FORM

# 24-0536

| INMATE'S NAME: (Last/First) Mildum Michael | ID# 166.925 | HOUSING: C5i | DATE/TIME: 6/15/24 10:00 |

DESCRIBE AND REFERENCE ALLEGED VIOLATION: contractual  DATE/TIME OF INCIDENT: 6-6-24

On June 6th, 2024, I submitted an inmate request to wellpath\Contractor\Business Associate that requested health information, and cited Business Associate Addenum\Obligations and activities of Business associate - Section (e), which is a provision stipulation in their signed contract, and I have yet to receive a response. I even informed Dr./RN (of wellpath) verbally on 6\14\24 at medical who said she would leave a note. Still nothing. Todays the 15th, of June. More specifically I am requesting copies of the ADA documented history I provided to Medical, as required for ADA accreditation in B.C. Jail. (In 2018.)

INMATE'S SIGNATURE: Michael Mldum

RECEIVED BY: HOUSING OFFICER'S INITIALS: YY    DATE/TIME: 06/15/24 1742

RECEIVED BY: TEAM SERGANT'S INITIALS: Erwin    DATE/TIME: 6/15/2024 2200

PROPOSED RESOLUTION:

ADMIN CLOSED, SEE ATTACHED.

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS:
DATE/TIME:

LIEUTENANT'S RESPONSE:

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS:
DATE/TIME OF HEARING:

JAIL COMMANDER'S RESPONSE:

JAIL COMMANDER'S INITIALS:    DATE/TIME OF REVIEW:

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES'S INITIALS:

DISTRIBUTION: White-Inmate'sFile, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt    J-117 7/00

page # 13

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

C51

**GRIEVANCE #: 24-0536**

**GRIEVANT: Mitchum, Michael IID#166925**

**STEP #1 HEARING OFFICER: Sergeant Foster**

**DATE: 6/18/24**

I an in receipt of grievance 24-0536 in which you state: "More specifically I am requesting copies of the ADA documented history I provided to medical, as required for ADA accredation in B.C. jail (in 2018.)".

- INCOMPLETE FORMS: Grievance is not filled out completely with incarcerated person's name, jail identification number, and approximate date and time of incident.

- INSUFFICIENT INFORMATION: Grievance does not contain sufficient information to identify the issue and allow for completion of an investigation into the alleged incident.

This grievance does not contain enough information to find a single document from 2018. This grievance doesn't provide a document title, the author of the document, nor a specific date the document was generated or provided to medical.

This grievance is administratively closed.

# AFFIDAVIT

1. My name is Michael Ernest Mitchum Jr., and
2. today, I swear an oath, to be punished under
3. the penalty of perjury, to the facts I describe
4. below to which are the facts as I know them
5. to be true. Today's date is June 30th, 2024.
6.       These facts are as follows.....
7.
8. Fact #1. In or around the month of Dec. 2016, while
9. incarcerated in Dual Vocational Institution (D.V.I.)
10. located in Tracy, California, and is a California
11. State Prison - CDCR (California Department of Corr-
12. -ections and Rehabilitation), D.V.I.-Tracy's
13. medical department accredited me ADA
14. (Americans with Disabilities Act) inmate status.
15. This entailed medical chronos authorizing cust-
16. -odial correctional officers to permit me ADA
17. accomodations (i.e. walking cane, lower tier
18. housing, bottom bunk, no stairs, etc.)
19.
20. Fact #2. August 2nd, 2017, while incarcerated
21. in D.V.I.-Tracy I had an M.R.I. exam at
22. which time my right knee condition became
23. known through the results of the M.R.I. My
24. right knee suffered from what is refered to
25. as 'Medial Compartment Osteoarthritis of the
26. knee. I had terrors in my miniscus aswell.
27.
28.

pg# 15

1. Fact #3. After the results of August 2nd,
2. 2017, M.R.I. exam of my right knee, D.V.I.-
3. -Tracy Medical department scheduled me
4. for knee surgery (For right knee), and for
5. an M.R.I. exam for my left knee.
6.
7. Fact #4. On or about August 28th, 2017, I
8. was released, and to this present date have
9. not had any type of knee surgery.
10.
11. Fact #5. On or about the month of Jan\Feb.
12. of 2018, I submitted the aforementioned
13. M.R.I. results\documents, CDCR D.V.I.-
14. Tracy's medical ADA document, etc. to Butte
15. County Sheriff's Jail medical department
16. as advised, and required prior to the jail
17. medical accrediting me active ADA-inmate
18. status, and authorizing ADA (Americans
19. With Disabilities Act) accomodation med-
20. -ical chronos.
21.
22. Fact #6. My wife, and I are in the midst
23. of divorce, which was my support system,
24. and who was the one who forwarded the
25. aforementioned documentation I subm-
26. -itted to the Butte County Jail medical dept.
27.
28.

pg #16

## Affidavit Cont.

1. Fact #7. As of today's date (Sunday) June
2. 30th, 2024, I've made numerous attempts to
3. acquire my ADA-documented history, and M.R.I.
4. results that I submitted to the Jails medical
5. department by means of inmate request form,
6. administrative grievance, medical request
7. form, and "verbally" requesting said documents
8. from Wellpath Butte County Jails medical
9. personal, all to no avail.
10.
11. Fact #8. Forseeing this potential course of
12. action with regards to filing an 'AFFIDAVIT'
13. with the court I requested the use of the
14. Jails free Notary services inorder to notar-
15. -ize this affidavit, and even that ability
16. has road blocked.
17.
18.
19. This concludes my affidavit.
20.
21. Date: June 30th, 2024.
22.
23. Respectfully,
24.
25. Michael Ernest Mitchum Jr.
26.
27. *Michael Ernest Mitchum Jr.*
28.

pg #17