Mitchel + #166925
7 Gillick way
Oroville, Ca. 95965

**FILED**

United States District Courts
Eastern District of California

JUL 19 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Case no. 2:22-cv-02313-DAD-CKD

| | |
|---|---|
| 5. Michael Ernest Mitchum Jr | |
| 6. | |
| 7. v. | Re: Notice and request for |
| 8. | (30) day leave to retain civil |
| 9. Honea et. al, | attorney, as well as motion |
| 10. | related to further info. re: distability. |
| 11. | (OPPOSITION) |

12.    With all due respect, plaintif is not able to
13. adequately and legally litigate his claim that he
14. seeks relief for as it relates to his daily personal
15. safety and security, and plaintif's family member
16. has just informed him that they will retain one
17. for him.
18.    In light of this new developement, and the
19. present hurdles plaintiff is facing with his ineff-
20. ective efforts to aquire the necessary medical ADA
21. documented history that he provided to Butte Co.
22. jail in 2018, to which the Jail medical department
23. is clearly obstructing his frequent attempts to access
24. and be provided with a copy of his medical records
25. for 2018 which would substantiate plaintif's disability
26. of consisting of Medial Compastment dasteoarthsitus
27. of his knees rendering him mobility impairment
28. impaired, and subststantially impact two major

Pg #1

1. — life activities of standing, and walking.
2. (Greatly limiting both, and plaintiff's balance.)
3.
4.   Supporting documents included are:
5.
6.   Attachment 'A' refer to pg #6
7.        Plaintiff received this response from Butte
8.   County Jail medical department after submitting
9.   numerous request(s), administrative grievance,
10.  and recently threatened to file a complaint
11.  with Office of Civil Rights, and commence litigat-
12.  ion, all starting from June 6th, 2024. Please note
13.  the failure to provide any identifiable sources
14.  for accountability purposes. Date rec. July 10th, 2024.
15.
16.  Attachment 'B' refer to pg #7
17.        This is one of the "ADA records" that
18.  Butte County Jail medical department provided
19.  plaintiff with, and which is mentioned in
20.  Attachment 'A'.. Please heed all circled
21.  areas numbered from #1 - #11.
22.       circled areas
23.  #1. Plaintiff's booking picture that shows
24.  him in a wheelchair. [Substantiating his
25.  assertions of being mobility impaired, and
26.  regarded as such by Butte County Jail,
27.  and Jail medical department.]
28.

pg#2

1.  circled area # 2: Plaintiff's name reflecting the
2.  person to which the contents (facts) within
3.  the medical document is relating to.
4.
5.  circled area # 3: Butte County Jail medical
6.  document reflecting Plaintiff's Jail inmate
7.  ADA (Americans With Disabilities Act) status
8.  and ADA-accomodation needs.
9.
10. circled area # 4: Plaintiff's incarcerated location
11. of defendants Butte County Jail, and location
12. defendant's house Plaintiff.
13.
14. circled area # 5: reflects Defendants medical
15. departments acknowledgement of Plaintiff's
16. open, and continued problem of ADA needs.
17.
18. circled area # 6: Butte Co. Jail's ADA-medical accomo-
19. -dation of ADA-shower chair provided to
20. plaintiff.
21.
22. circled area # 7: In suport of Plaintiff's assert-
23. -ion of slipping in shower due to "no handrails"
24. suffing an injury of a torn right bicept on
25. the date of June 3rd, 2022.
26.
27. circled area # 8: Reflects the Jail medical department
28. adhering to ADA rights providing plaintiff a

Pg # 3

1. — walking cane, which can only be provided
2. upon ADA inmates providing necessary requir-
3. -ed ADA documented history to the Jails
4. Medical department.
5.
6. circled area # 9 "More Medical ADA chronos.
7.
8. circled area # 10: A thyroid deficiency plaintiff
9. suffers that contributes to a constant weight
10. problem that further impacts his chronic
11. knee condition and the bone on bone affect.
12.
13. circled area # 11: I believe reflects Plaintiff's
14. assertion of Medial Compartment Austeo-
15. -arthritus - Chronic pain in his knees.
16.
17.
18. ATTACHEMENT 'C' #1 refer to pg # 8
19.    Is another medical ADA-document refered
20. to in ATTACHEMENT 'A' page # 6 provided
21. to plaintif. Please heed all circled areas # 1 -#10
22. aswell as a continuation of the document which is:
23. ATTACHEMENT 'C' #2 refer to pg # 9
24.    And please heed circled areas # 1 -#2.
25. This reflects the veracity of plaintif's claim that
26. Butte County, Butte Co. Sheriff's Jail, and their
27. Jail Medical department accredited Plaintiff
28. with ADA-accreditation.

pg # 4

1. With that said plaintif respectfully
2. concludes.
3. Date: July 15th, 2024
4.
5.          Respectfully
6.
7.    Michael Ernest Mitchom Jr
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

Pg #5

Mitchum, Michael                                                    ID: 166925

07/09/1978

C-Pod C-51


I have received your inmate request form. ADA records from 2019 to 2024 will be given to you. We don't have access to 2018 records in our current system and are looking into it to seeing if we can obtain them for you.


Med. Unit

pg# 6



Case **MICHAEL E MITCHUM** 2:21-cr-00219 Age 46 Filed 07/19/24 Page 7 of 9

Sex: Male
DOB: Height: 5ft 9in
SSN: 612031995
Agency: BUTTE COUNTY JAIL
Location: CPOD C51
Inmate ID: 165925
Allergies:
NKMA

**#24-001745**

Chronic Care, ADA/Special Needs

Problems
Problems

# Problems

## Open Problems

**Opened**
03/30/2022 2255
LVN Hanson, Josephine

Close Problem

MTO: Medical Equipment (specify in notes) - Shower Chair    Since 03/30/2022
Related Records                                              Medical Notes
Sick Calls:
• 06/03/2022 - inmate reports "slipping in a shower"         • Expires 03/09/2024 [03/09/2023 2042]
Tasks:
(none)

**Opened**
05/26/2021 0842
HSA Foster, Tarah

Close Problem

MTO: Cane
Related Records                                              Medical Notes
Sick Calls:
(none)                                                       • Given [03/22/2022 1028]
Tasks:
(none)

**Opened**
05/26/2021 0842
HSA Foster, Tarah

Close Problem

MTO: Lower Bunk and Lower Tier - No Stairs
Related Records                                              Medical Notes
Sick Calls:                                                  (none)
(none)
Tasks:
(none)

**Opened**
02/06/2020 1128
RN Rai, Harjot

Close Problem

MTO: Extra Mattress
Related Records                                              Medical Notes
Sick Calls:                                                  (none)
(none)
Tasks:
(none)

**Opened**
10/14/2019 0957
PA Rayome, Ryan

Close Problem

E03.9 Hypothyroidism, unspecified *Chronic*    Since 10/14/2019
Related Records                                              Medical Notes
Sick Calls:                                                  (none)
• 10/14/2019 - Referral from intake HTN, Hypothyroid,
  seasonal allergies,...
Tasks:
(none)

**Opened**
10/14/2019 0957

I10 Essential (primary) hypertension *Chronic*    Since 10/14/2019
Related Records                                              Medical Notes

ATTACHEMENT "C" #1

#1

## 🚪Medical Treatment Order for Patient Housing

| Inmate ID: | 166925 | Interviewer: | RN Walmann, Margaret (07/03/2023 1257) |
| DOB: | 07/09/1978 | | |

#2

**MICHAEL E MITCHUM** #3
**#24-001745**

| Start date | | 07/03/2023 |
|---|---|---|
| End date | | 07/03/2024 |

**\*This form is used to notify custody of patients special needs and accommodations.** #4

| Condition/Disability: #5 #6 | ☐ Vision Impaired | |
|---|---|---|
| | ☐ Hearing Impaired | |
| | ☐ Speech Impaired | |
| | ☐ Learning Disability | |
| | ☑ **Mobility Impairment** | |
| | ☐ Seizure Condition | |
| | ☐ Pregnancy | |
| | ☐ Drug/Alcohol Withdrawal | |
| | ☐ Physical Limitation (describe limits): | |
| | ☐ Other (specify): | |
| Treatment/Accommodation/Housing Order: #7 #8 #9 #10 | ☑ **Lower Tier** | |
| | ☑ **Lower Bunk** | |
| | ☐ Single Cell | |
| | ☐ Extra Mattress | |
| | ☐ Extra Blanket | |
| | ☐ CPAP Device | |
| | ☑ **Cane** | |
| | ☐ Crutches | |
| | ☐ Walker | |
| | ☐ Wheel Chair Full Time | |
| | ☐ Wheel Chair Part Time/Out Of Unit | |
| | ☐ Orthotic or Personal Shoes | |
| | ☐ Prosthesis | |
| | ☐ House is ADA Cell | |
| | ☑ **Shower Chair/ADA Shower** | |
| | ☐ Grab Bars | |
| | ☐ Infirmary/OPHU Level Care Housing | |
| | ☐ Daily Changes of Clothing/Linens | |
| | ☐ Negative Pressure Room | |
| | ☐ Other: (specify): | |
| Alert: | ☐ Patient identified has exhibited characteristics of being a potential target for victimization | |
| | ☐ Patient identified has exhibited characteristics of predatory behavior | |
| Reason for above: | | |
| Name of Medical Provider: | R. Rayome | |
| Name of Nurse: | M. Walmann, RN | 07/03/2023 |
| Who was notified on the Correctional Staff? | Classification | |

Case 2:22-cv-02313-DAD-CKD   Document 51   Filed 07/19/24   Page 9 of 9

ATTACHMENT C #2

\# 1

\# 2

**Form Folder and Number: Clinic Form CF10.0**
**Form Owner: Karina Purcell**
**Accreditation: ADA** 3
**Active / Last Revision Date: February 4, 2020- R. CA**

pg # 9