Michael Ernest Mitchum Jr. #166925
+ Gillick was
Oroville, Ca. 95965

**FILED**

1.

2.        *UNITED STATES DISTRICT*        JUL 22 2024

3.        *COURTS, EASTERN DISTRICT OF*        CLERK, U.S. DISTRICT COURT
                                                                    EASTERN DISTRICT OF CALIFORNIA
4.        *CALIFORNIA*        BY _____
                                                    DEPUTY CLERK

5.

6.   Michael Ernest Mitchum Jr.                    Case no. 2:22-cv-02313-DAD
            Plaintiff

7.

8.                    vs

9.                                          Re: Judicial Notice - Motion

10.  Honea, et al.,
            Defendants

11.

12.

13.

14.

15.            Please refer to Attachment A(1), pg #3, and

16.  Attachment A(2), pg #4. All relevant circled

17.  areas plaintiff strongly feels the indisputable

18.  facts are Facts that not only substantiate

19.  Plaintiff's claim that arises under the protections

20.  provided to his class Within the 'together ADA

21.  statute of 1990 but the amendment of 2008 aswell.

22.            Fact #one : Butte County Jail is medical

23.  accredited Plaintiff ADA (Americans With Disabilities

24.  Act) inmate status [With a physical-mobility impair

25.  -ment that substatially limits, and restricts (2)

26.  major daily life activities, such as but not limited

27.  to 'standing, and 'walking.].

pg #1.   28.

1. Plaintiff hereby respectfully request this
2. Court take "Judicial Notice" of this indisputable
3. fact.
4.
5. Date : July 17th, 2024.
6.
7.
8. Respectfully,
9.
10. Michael Mitchell Jr.
11. Plaintiff
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

pg #2

Case 2:22-cv-02313-DAD-CKD    Document 52    Filed 07/22/24    Page 3 of 4

ATTACHMENT A (1)

# 🏥 Medical Treatment Order for Patient Housing

**Inmate ID:** 166925
**DOB:** 07/09/1978

**Interviewer:** RN Chioco, Cheryl G (03/20/2024 2335)

**MICHAEL E MITCHUM**
**#24-001745**

| | | |
|---|---|---|
| Start date | | 03/20/2024 |
| End date | | 03/20/2025 |

**\*This form is used to notify custody of patients special needs and accommodations.**

| | | |
|---|---|---|
| Condition/Disability: | ☐ Vision Impaired | |
| | ☐ Hearing Impaired | |
| | ☐ Speech Impaired | |
| | ☐ Learning Disability | |
| | ☑ **Mobility Impairment** | |
| | ☐ Seizure Condition | |
| | ☐ Pregnancy | |
| | ☐ Drug/Alcohol Withdrawal | |
| | ☐ Physical Limitation (describe limits): | |
| | ☐ Other (specify): | |
| Treatment/Accommodation/Housing Order: | ☑ **Lower Tier** | |
| | ☑ **Lower Bunk** | |
| | ☐ Single Cell | |
| | ☐ Extra Mattress | |
| | ☐ Extra Blanket | |
| | ☐ CPAP Device | |
| | ☑ **Cane** | |
| | ☐ Crutches | |
| | ☐ Walker | |
| | ☐ Wheel Chair Full Time | |
| | ☑ **Wheel Chair Part Time/Out Of Unit** | |
| | ☐ Orthotic or Personal Shoes | |
| | ☐ Prosthesis | |
| | ☐ House is ADA Cell | |
| | ☐ Shower Chair/ADA Shower | |
| | ☐ Grab Bars | |
| | ☐ Infirmary/OPHU Level Care Housing | |
| | ☐ Daily Changes of Clothing/Linens | |
| | ☐ Negative Pressure Room | |
| | ☐ Other: (specify): | |
| Alert: | ☐ Patient identified has exhibited characteristics of being a potential target for victimization | |
| | ☐ Patient identified has exhibited characteristics of predatory behavior | |
| Reason for above: | Mobility problems | |
| Name of Medical Provider: | R Rayome PA | |
| Name of Nurse: | Cchioco RN | 03/20/2024 |
| Who was notified on the Correctional Staff? | J67 | |
| How were they notified? | in person | |

Case 2:22-cv-02313-DAD-CKD   Document 52  Filed 07/22/24  Page 4 of 4

**Form Folder and Number: Clinic Form CF10.0**
**Form Owner: Karina Purcell**
**Accreditation: ADA**
**Active / Last Revision Date: February 4, 2020- R. CA**