UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR., | No.  2:22-cv-2313 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| KORY HONEA, et al., | |
| Defendants. | |

Plaintiff has filed a document the court construes as a request for an extension of time to initiate a separate action concerning his current conditions of confinement.  Because there is no deadline to file a complaint as to current conditions, and because the court cannot grant an extension of time with respect to an action that has not been commenced, his request for an extension (ECF No. 51) is denied.

Dated:  July 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mitc2313.36.sa