UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR., | No. 2:22-cv-2313 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| KORY HONEA, et al., | |
| Defendants. | |

Plaintiff asks that the court judicially notice that "Butte County Jail medical accredited plaintiff ADA (Americans with Disabilities Act) inmate status [with a physical-mobility impairment that substantially limits, and restricts major daily life activities, such as but not limited to 'standing,' and 'walking']." On July 15, 2024, the court recommended that defendant Butte County's motion to dismiss be granted and that this case be closed. Plaintiff was afforded time to file objections to the findings and recommendations which the court has not yet received. Because the court's taking judicial notice as requested would not change the court's findings and recommendations, and there is no legally appropriate reason to take judicial notice, IT IS HEREBY ORDERED that plaintiff's July 22, 2024, motion (ECF No. 52) is denied.

Dated: August 5, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mitc2313.mjn

1