Michael Ernest Mitchum Jr. #166925
Gittere ___
Oroville, Ca. 95965

FILED

AUG 05 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ CP
DEPUTY CLERK

1.
2.   U.S. District Courts
3.   Eastern District of California
4.
5.   Michael Ernest Mitchum Jr.   | Case no. 2:22-cv-02313-DAD-CKD
6.                                |
7.         v.                     | Re: "Objections to Magistrate
8.                                | Judge's Finding and Recom-
9.   Honea et. al.,               | -mendations."
10.
11.
12.
13.         These "Objections" are pursuant to the
14.  provisions of 28 U.S.C. §636(b)(1).
15.         First, and foremost plaintif wishes to stipulate
16.  for the record that plaintif filed a motion placing
17.  the court on "judicial notice" at 5:48 am, on July 17th,
18.  2024, at which time plaintif placed the filing, and
19.  envelope in the hands of Butte Co. sheriff deputy "O.
20.  Rosales". [Mailbox rule implied]
21.         Plaintif was served Magistrate's Judge's "Findings
22.  and Recommendations" at 4:30 pm, on July 17, 2024;
23.  Butte County sheriff deputy C. Meyers served plaintif.
24.         Now, with regards to Plaintif's "Objections to
25.  Magistrates Judge's Finding and Recommendations;
26.  Plaintif wishes to address several issues at
27.  hand and material facts developed as plaintif
pg #1  28.  has attempted to litigate his complaint.

1.   With all due respect, and in response to
2. the magistrate judges findings and Reco-
3. -mmendations to grant defendants motion
4. to dismiss (With prejudice) Plaintifs complaint
5. for "failing to state a claim" [More specifically
6. failing to state a claim by not stating specific
7. physical disability that meets the "Qualif-
8. -ied Individual" definition standards set)
9. established in the Federal ADA statute of
10. 1990] Plaintif "formally objects".
11.   Plaintifs Objections are for the foll-
12. -owing reasons [Regarding Failing to State
13. a claim]:
14.   1. Plaintif is not a doctor and is not well
15. versed with the correct spelling of his
16. condition that limits his ability to "stand"
17. for more than a minute to (3) minutes,
18. and to "walk" any distance. Aside from
19. the extreme painful condition, Plaintif was
20. relying on the ADA documented history that
21. he provided to Butte County Jail medical
22. in Jan. 2018, as "required" prior to the Jail
23. Medical Unit "accrediting" Plaintif ADA-inmate
24. status, and "authorizing" Plaintif ADA [Mobility
25. impairment] accomodations in Butte County
26. Jail. (i.e. walking cane, wheelchair part-
27. -time ussage, no stairs, lower tier housing,
pg#2  28. lower bunk, ADA Showerchair) ADA shower,

1. etc.), and only until recently through res-
2. -earching 'arthritus' did plaintif come across
3. the exact knee condition he has but still
4. does not have medical documents in his poss-
5. -ession containing factual informaition via
6. a doctor regarding plaintiffs disability.
7.
8. 1. (a) Plaintif, and his wife are going thr-
9. -ough a divorce. Plaintifs wife, who was
10. his sole most reliant source of suport
11. was the one who mailed \ emailed Plaintif
12. his ADA documented history which he the
13. provided to Butte Co. Jail medical unit.
14.
15. 1. (b) Plaintif made numerous attempts to ob-
16. -tain his Butte County Jail Medical records
17. through Jail inmate request forms, Jail
18. medical request forms, and Butte County
19. Jail administrative grievance system, all
20. to no avail. Plaintif specifically requested
21. the ADA documented history he provided
22. to Butte County Jail medical Unit Jan \ Feb.
23. 2018, yet the only medical documents the
24. Jail medical unit provided to Plaintif is the
25. medical documents that Plaintif has att-
26. -empted to admit into evidence in his
27. last four (4) filings, including the
28. last effort Plaintif requesting the

pg #3

1. — court to take 'Judicial Notice' of
2. the adjucative fact that the content ~~in~~
3. ~~which~~ Plaintif believes the medical
4. documents he included in attachements
5. with his motion of 'Placing the court on
6. Judicial Notice' reflects that Butte County
7. Jail accredited Plaintif ADA-inmate status
8. through Butte County Jail medical Unit, and
9. ~~both~~ both the Butte County Sheriff's Jail,
10. and the Jail's medical Unit regarded Plaint-
11. -if as having Such an impairment that
12. limited Plaintifs daily ~~acti~~ life activities,
13. Such as but not limited to 'Standing', and
14. 'walking', hence the ADA- accomodations
15. that the medical documents list for
16. plaintif to have within the Jail. Yet,
17. despite plaintifs numerous efforts to ~~add~~
18. admit these Jail medical documents that
19. also contain the revised ADA accreditation
20. date [By a medical RN] of Feb. 4th, 2020,
21. which plaintif also believes in, and of it'se-
22. -lf, is a "documented ADA history", into
23. evidence as an adjucative fact, pursuant
24. to Federal Rules of Evidence § 201 , the
25. Magistrat Judge has repeatedly denied
26. these Jail medical records from being
27. admited into evidence.
28.    At the very least the content that

og #4

1. exists in the Butte County Jail medical
2. documents that Plaintiff has repeatedly
3. attempted to admit into evidence, regard-
4. -less how unartful Plaintiff's effort, ~~Plant~~ Plaint-
5. -if strongly believes if construed liberally in
6. the broadest of terms [As the filings of a
7. pro se litigant] establish that Plaintif has a
8. disability of Mobility impairment or is regard-
9. -ed as having such an impairment by Butte
10. County sheriffs custody deputies, and Butte
11. County Jail medical unit ~~staff~~, who are, by
12. definition a branch of local government
13. who maintains records relevant, and re-
14. -lating to the natural order of governm-
15. -ental systematic record keeping of
16. plaintifs ADA history.
17.     To not allow those records that reflect
18. the Government entity's medical departments
19. accrediting Plaintifs ADA-inmate status
20. is extremely prejudicial to the funda-
21. -mental rights of plaintif to present factual
22. evidence that suports his claim, which
23. amounts to an abuse of discretion ~~#~~ in the
24. judicial powers granted to the Magistrate
25. judges obligations, and duties.
26.
27. 2. Plaintif had ~~reconed~~ reckoned that
28. once the Jails medical documents were

1. allowed into evidence, Plaintif could then
2. request the court to order the production
3. of documents pertaining to plaintifs
4. ADA documented history from Butte
5. County's Jail medical department in
6. the "Discovery" phase of the pleadings.
7.    The ADA documented history that
8. Plaintif forwarded to the Jail's medical
9. unit are medical documents via California
10. Department of Corrections and Rehabilitations
11. - Dual Vocation Institution - Tracy's medical
12. department that reflected Plaintifs ADA
13. inmate validation status, an M.R.I. exam
14. result that concluded Plaintif had
15. "Medial Compartment Asteoarthritus" which
16. is a painful ligament, and cartilege deter-
17. -iation condition in his right knee, there
18. also is an order for knee surgery, and for
19. a M.R.I. exam of plaintifs left knee.
20.    However, the Jail medical provider is decl-
21. -aring that the ADA documented history
22. plaintif provided to them in 2018 is now
23. archived, and for some reason that they
24. have not explained to plaintif, the medic-
25. -al records that have been archived
26. are not readily accessible.
27.    This concludes plaintifs Objections
28. of magistrates judges findings and

pg #6

1. recommendations. Once again Plaintiff is
2. including the attachements of the Jails
3. Medical units documents regarding Plain-
4. tif's ADA-accreditation. (Refer to pages #
5. Attachement 'A'(1), and 'A'(2).), and attachement 'B'
6. (1), attachement 'B'(2), and attachement 'B'(3), pg's #10, #11, # #1:
7. Dt: July 30th 2024
8.
9.                          Respectfully,
10.
11.        Michael Ernest Mitchuan Jr.
             Plaintif
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
pg #7 28.

Case 2:22-cv-02313-DAD-CKD   Document 55   Filed 08/05/24   Page 8 of 12

# Medical Treatment Order for Patient Housing

| | | | |
|---|---|---|---|
| **Inmate ID:** | 166925 | **Interviewer:** | RN Comer, Crystal (02/02/2023 0953) |
| **DOB:** | 07/09/1978 | | |

## MICHAEL E MITCHUM
## #24-001745

| Start date | | 02/02/2023 |
|---|---|---|
| End date | | 02/02/2024 |

**\*This form is used to notify custody of patients special needs and accommodations.**

| | | |
|---|---|---|
| Condition/Disability: | ☐ Vision Impaired<br>☐ Hearing Impaired<br>☐ Speech Impaired<br>☐ Learning Disability<br>☑ **Mobility Impairment**<br>☐ Seizure Condition<br>☐ Pregnancy<br>☐ Drug/Alcohol Withdrawal<br>☐ Physical Limitation (describe limits):<br>☑ **Other (specify):** | Overweight |
| Treatment/Accommodation/Housing Order: | ☑ **Lower Tier**<br>☑ **Lower Bunk**<br>☐ Single Cell<br>☑ **Extra Mattress**<br>☐ Extra Blanket<br>☐ CPAP Device<br>☑ **Cane**<br>☐ Crutches<br>☐ Walker<br>☐ Wheel Chair Full Time<br>☐ Wheel Chair Part Time/Out Of Unit<br>☐ Orthotic or Personal Shoes<br>☐ Prosthesis<br>☐ House is ADA Cell<br>☑ **Shower Chair/ADA Shower**<br>☐ Grab Bars<br>☐ Infirmary/OPHU Level Care Housing<br>☐ Daily Changes of Clothing/Linens<br>☐ Negative Pressure Room<br>☐ Other: (specify): | |
| Alert: | ☐ Patient identified has exhibited characteristics of being a potential target for victimization<br>☐ Patient identified has exhibited characteristics of predatory behavior | |
| Reason for above: | | |
| Name of Medical Provider: | R.R. PA | |
| Name of Nurse: | C Comer RN | 02/02/2023 |
| Who was notified on the Correctional Staff? | classification | |
| How were they notified? | email | |

1 of 2

*pg# 8*

How were they notified? Case 2:22-cv-02313-DAD-CKD　　Document 55　　Filed 08/05/24　　Page 9 of 12 Email *ATTACHMENT A (2)*

**Form Folder and Number: Clinic Form CF10.0**
**Form Owner: Karina Purcell**
**Accreditation: ADA**
**Active / Last Revision Date: February 4, 2020- R. CA**

pg # 9

*Note: Plaintiff in wheelchair*

ATTACHMENT B (4)

Case 2:22-cv-02313-DAD-CKD    Document 55    Filed 08/05/24    Page 10 of 12

## MICHAEL E MITCHUM

### #24-001745

Chronic Care, ADA/Special Needs

Sex: Male
DOB: 07/09/1978 (Age 46)
Height: 5ft 9in
SSN: 612031995
Agency: BUTTE COUNTY JAIL
Location: CPOD C51
Inmate ID: 166925
Allergies:
NKMA

Problems
Chronic Care

# Chronics

## Open Chronics

**Opened**
03/20/2024 2324
RN Chioco, Cheryl G

Close Chronic

MTO: Lower Bunk - Mobility problems 🗡 (Moderate)
**Related Records**
**Sick Calls:**
(none)

**Tasks:**
(none)

**Medical Notes** ➕🗐
(none)

**Opened**
03/30/2022 2253
LVN Hanson, Josephine

Close Chronic

MTO: Other Medical Order: specify in notes - SHOWER CHAIR 🗡 Since 03/30/2022
**Related Records**
**Sick Calls:**
(none)

**Tasks:**
(none)

**Medical Notes** ➕🗐
(none)

**Opened**
11/06/2019 1138
RN Thompson, Andrea

Close Chronic

MTO: Shower chair/ADA Shower 🗡 Since 03/30/2022
**Related Records**
**Sick Calls:**
(none)

**Tasks:**

- 03/30/2022 - give shower chair 🗐

**Medical Notes** ➕🗐

- Shower chair provided was dismantled, request to custody to remove the shower chair and allow IM to use plastic chair for shower for safety reasons [03/08/2020 1003] 🗐
- Shower Chair was approved by custody [11/08/2019 1452] 🗐
- Given 11/8/19 [11/08/2019 1451] 🗐

**Opened**
10/14/2019 0957
PA Rayome, Ryan

Close Chronic

E03.9 Hypothyroidism, unspecified 🗡 Since 10/14/2019 *Currently also a problem*
**Related Records**
**Sick Calls:**

- 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,... 🗐

**Tasks:**
(none)

**Medical Notes** ➕🗐
(none)

**Opened**
10/14/2019 0957
PA Rayome, Ryan

Close Chronic

I10 Essential (primary) hypertension 🗡 Since 10/14/2019 *Currently also a problem*
**Related Records**
**Sick Calls:**

- 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,... 🗐

**Tasks:**
(none)

**Medical Notes** ➕🗐
(none)

**Opened**

E78.5 Hyperlipidemia, unspecified 🗡 *Currently also a problem*

1 of 2

pg # 10

7/10/2024, 2:37 PM

*attachement D (2)*

**Close Problem**

Sick Calls:

- 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,...

Tasks:
(none)

---

**Opened**
10/14/2019 0956
PA Rayome, Ryan

**Close Problem**

E78.5 Hyperlipidemia, unspecified *Chronic*

| Related Records | Medical Notes |
|---|---|
| Sick Calls: | (none) |

- 10/14/2019 - Referral from intake HTN, Hypothyroid, seasonal allergies,...

Tasks:
(none)

---

**Opened**
10/08/2019 0142
RN Atkinson, Tanya

**Close Problem**

MTO: Diet/Medical: Cardiac Diet/Low Sodium Diet    Since 10/08/2019

| Related Records | Medical Notes |
|---|---|
| Sick Calls: | (none) |

- 10/08/2019 - Intake

Tasks:
(none)

---

## Closed Problems

**Opened**
02/06/2020 1409
RN Rai, Harjot

**Closed**
05/25/2021 1625
LVN Hendricks, Amanda

MTO: Wheelchair part time/out of unit

| Related Records | Medical Notes |
|---|---|
| Sick Calls: | (none) |
| (none) | |

Tasks:
(none)

---

**Opened**
10/08/2019 0139
RN Atkinson, Tanya

**Closed**
10/29/2019 1811
LVN Klotz, Jessyca

MTO: Lower Bunk and Lower Tier    Since 10/08/2019

| Related Records | Medical Notes |
|---|---|
| Sick Calls: | (none) |

- 10/08/2019 - Intake

Tasks:
(none)

---

**Opened**
10/08/2019 0139
RN Atkinson, Tanya

**Closed**
02/04/2020 0850
PA Rayome, Ryan

MTO: Cane    Since 10/08/2019

| Related Records | Medical Notes |
|---|---|
| Sick Calls: | (none) |

- 10/08/2019 - Intake

Tasks:
(none)

---

**Opened**
07/14/2019 1051
PA Asafa, Olusola

**Closed**
01/15/2020 0915
RN Thompson, Andrea

K04.7 Periapical abscess without sinus

| Related Records | Medical Notes |
|---|---|
| Sick Calls: | (none) |

- 07/14/2019 - c/o dental pain

Tasks:
(none)

---

Case 2:22-cv-02313-DAD-CKD   Document 55   Filed 08/05/24   Page 12 of 12

**Opened**
06/11/2019 1930
EMRAdmin Esbit, Kimberly

**Closed**
07/25/2019 1419
RN Carter, Samantha

MTO: Lower Bunk and Lower Tier

**Related Records**
**Sick Calls:**
(none)

**Tasks:**
(none)

**Medical Notes**
(none)

pg #12