UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM, JR., | No. 2:22-cv-02313-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS |
| KARY HONEA, et al., | |
| Defendants. | (Doc. Nos. 35, 50) |

Plaintiff Michael Ernest Mitchum Jr., is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July15, 2024, the assigned magistrate judge issued findings and recommendations recommending that the motion to dismiss filed by the only remaining defendant, Butte County, (Doc. No. 35) be granted due to plaintiff's failure to state a cognizable claim for relief. (Doc. No. 50.) In particular, the magistrate judge found that plaintiff's only remaining claims, which are brought under Title II of the Americans with Disabilities Act ("ADA"), fail for several reasons: (i) "plaintiff does not adequately identify a qualifying disability," (ii) plaintiff alleges three injuries while cleaning showers or toilets as an inmate janitor but "Title II of the ADA does not apply to employment," and (iii) plaintiff alleges an injury while showering but he does not allege that he notified anyone at the jail that he needed a shower accommodation. (*Id.* at 4–5.) The

1

1 magistrate judge further recommends that this action be dismissed without leave to amend
2 because "it does not appear plaintiff can, in good faith, allege facts which would amount to a
3 claim arising under the ADA upon which plaintiff could proceed. (*Id.* at 6.)

4     The findings and recommendations were served on the parties and contained notice that
5 any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) On August 5,
6 2024, plaintiff filed objections to the findings and recommendations. (Doc. No. 55.) Defendant
7 did not file a response to plaintiff's objections or objections of its own.

8     In his objections, plaintiff primarily focuses on his efforts to obtain from Butte County jail
9 his "ADA documented history" medical records, which he asserts would show that he suffers
10 from arthritis in his knees. (Doc. No. 55.) Plaintiff does not address the other independent
11 reasons that were identified by the magistrate judge in the pending findings and recommendations
12 as to why plaintiff has failed to state a cognizable ADA claim against defendant Butte County.
13 Thus, even if the undersigned were to find that plaintiff's objections suggest that he would be able
14 to amend his pleadings to allege his disability with the requisite specificity, plaintiff's ADA
15 claims would still be subject to dismissal based on those other reasons. Accordingly, plaintiff's
16 objections do not provide a basis upon which to reject the pending findings and
17 recommendations.

18     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
19 *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's
20 objections, the court concludes that the findings and recommendations are supported by the
21 record and by proper analysis.

22     Accordingly,

23     1.    The findings and recommendations issued on July15, 2024 (Doc. No. 50) are
24         adopted in full;

25     2.    Defendant's motion to dismiss (Doc. No. 35) is granted;

26 /////
27 /////
28 /////

3. This action is dismissed; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3