# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL ERNEST MITCHUM JR,**

CASE NO: **2:22–CV–02313–DAD–CKD**

v.

**BUTTE COUNTY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/4/24**

**Keith Holland**
Clerk of Court

ENTERED: **September 4, 2024**

by: /s/ V. Licea Chavez
Deputy Clerk