Michael Ernest Mitchum Jr. #166925
7 Gillick Way
Oroville, Ca. 95965

U.S. District Courts
Eastern District of California

**FILED**
SEP 12 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Michael Ernest Mitchum Jr.

PLAINTIFF'S NAME,
    Plaintiff,
vs.
Kory L. Honea, et al.
DEFENDANT'S NAME,
    Defendant

Case No.: Number 2:22-cv-02313-DAD--CKD

PLEADING TITLE: Request for leave to respectfully supplement the record.

Dated this day of Month, year. 9/6/24

_Michael Ernest Mitchum Jr._
Attorney Name

With all due respect, plaintiff wishes to present a "Motion to supplement the record" in order to include a Butte County medical document(s) which will reflect that the Defendants in the above case: 2:22-cv-02313-DAD-CKD had infact regarded plaintiff in this complaint as having a disability within Butte Co. Jail, and that plaintiff's disability impacted a major (2) two life activities of standing, and walking.

In addition the medical document will reflect the defendants had afforded plaintiff ADA-inmate status.

PLEADING TITLE - 1

Furthermore, plaintiff wishes to include further evidence, and supporting documents that will reflect his numerous efforts to reasonably obtain from Butte Co. Jail medical department medical documents via California Department of Corrections, Tracy-D.V.I. (California Prison) medical department, in which Plaintiff was required pursuant to Americans Disability Act, and Butte Co. Jail inmate ADA accreditation requirements, back in Jan./Feb. 2018. However, plaintiff's supporting documents that he wishes to include in his request to supplement the record will only reflect that plaintiff's numerous efforts only resulted in Butte Co. Jail medical department denying him just as much.

With the supporting documents, plaintiff feels the Court can only determine that the medical documents support plaintiff's disclosure of necessary and required medical documented history of plaintiff's mobility impairment and validate his claim.

Lastly plaintiff wishes to include his disability as he recalls that the medical documented ADA history reflected.

PLEADING TITLE - 2

With that said plaintiff brings this request to a close.

Sept. 6th, 2024

Respectfully,

Michael Ernest Mitchum
Plaintiff.

PLEADING TITLE - 3