Michael Ernest Mitchum Jr #66925
7 California Way
Oroville, Ca. 95965

1  Attorney Names
   Attorneys' Business Address
2  City, ST ZIP Code
   Phone | Fax
3  Email

United States District Court
Eastern District of California

**FILED**
SEP 1 2 2024
CLERK. U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

4  COURT NAME
   Michael Ernest Mitchum Jr.
5  JURISDICTION

6  PLAINTIFF'S NAME,                Case No.: Number: 2:22-cv-02313-DAD-CKD

7              Plaintiff,

8  vs.                              PLEADING TITLE
   Honea et. al.,                   Motion Relating to "correcting"
9  DEFENDANT'S NAME,                the record pertaining to the
                                    "misfiling" of a previous filing
10             Defendant            by the petitioner.

11         Type body of pleading here.

12         Dated this day of Month, year. 9/7/24

13
                                    Michael Ernest Mitchum Jr.
14                                  Attorney Name

15
16   With all due respect, plaintiff wishes to address
     the misfiling \ mislabeling of a pleading filed by plaintiff
17   previously.
18   Plaintiff's pleading (Docket No. 47) which was filed by plaintiff
19   as a cross-reply to defendants reply (Docket No. 45) filed
20
21   4\22\2024.
     Plaintiff labeled the cross-reply motion as "Opposition" to
22
     defendants motion to dismiss.
23
           If infact the court should deny plaintiff's pleading
24   (of Docket No. 47) as a "cross-reply", then plaintiff
25   wishes to suplement the record, and his "Opposition"
26   to defendant's Motion to Dismiss his complaint
27   (Docket No. 44) filed 4-15-2024, with the pleading —
28

PLEADING TITLE - 1

(Docket No. 47) that the office of the Clerk labeled as "Opposition" to motion, filed 5/7/2024.

    Lastly, the court never actually acknowledged or ruled on Plaintiffs' request for leave to amend his complaint (Docket No. 46) Filed 4/26/2024 despite plaintiffs attempt to withdrawl his request to amend his complaint (In Docket No. 47) filed 5/7/2024 or give plaintiff a sufficeint reason as to "denying" Plaintiffs request to amend his complaint...?

    With that said plaintiff brings this motion to a close.

Filed: 9/7/2024

Respectfully,

Michael Ernest Mitchum Jr.
Plaintiff

PLEADING TITLE - 2