UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNEST MITCHUM JR., | No. 2:22-cv-2313 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| KORY HONEA, et al., | |
| Defendants. | |

On September 4, 2024, defendants' motion to dismiss was granted and judgment was entered. On September 12, 2024, plaintiff filed two documents with certain requests.

First, plaintiff asks that the record be supplemented with Butte County medical records and evidence pointing to plaintiff's efforts to obtain medical records and treatment from Butte County. Plaintiff's complaint was dismissed for failure to state a claim. There was no failure of proof or consideration of evidence outside of plaintiff's complaint. Because plaintiff's providing the court anything described above serves no purpose, plaintiff's motion to supplement the record will be denied.

Plaintiff also asks that his stricken sur-reply concerning the motion to dismiss be considered a supplement to his opposition. Plaintiff asserts no cause for construing the document as anything other than an impermissible sur-reply. This request will be denied as well.

/////

1

Finally, plaintiff takes issue with the fact that the court never addressed plaintiff's April 26, 2024, motion for leave to amend. The court never addressed it because plaintiff withdrew the motion on May 3, 2024. ECF No. 47.

In accordance with the above, IT IS HEREBY ORDERED that all requests made in documents filed by plaintiff on September 12, 2024 (ECF Nos. 58 & 59) are denied. Plaintiff is informed that the court deems the requests to be frivolous, and if plaintiff persists in making such requests, monetary sanctions may issue.

Dated: September 16, 2024

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
mitc2313.pj