Michael Ernest Mitchum Jr. #166925
P. Gillick
Oroville, Ca. 95965

## United States District Court
## Eastern District of California

FILED
SEP 18 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

Michael Ernest Mitchum Jr.      Case no. 2:22-cv-02313-DAD-CKD
  Plaintiff

        vs              Re: Notice of Appeal


Heuea, et. al.,
  Defendants


   I, plaintiff in case no. 2:22-cv-02313-DAD-CKD would like this to serve as my 'Notice to Appeal' the District Judge's adoption of Magistrate's Judges findings and Reccomendations of Dismissal w/ prejudice of plaintiff's complaint ~~its c~~ 42 U.S.C. §1983.
   With that said I excuse myself respectfully.
Dt: 9/15/24

        Humble Departures,

        Michael Ernest Mitchum Jr.
            Plaintiff